UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

HOLLOWAY, et al., on behalf of themselves and all others similarly situated,

    Plaintiff(s),

v.

BEST BUY CO., INC.,

    Defendant(s).

CASE NO. C05-05056 PJH

STIPULATION AND [~~PROPOSED~~]
ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
- Non-binding Arbitration (ADR L.R. 4)
- Early Neutral Evaluation (ENE)   (ADR L.R. 5)
- Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form.  They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
- ✔ Private ADR (*please identify process and provider*)  Private mediator (provider not yet selected)

The parties agree to hold the ADR session by:
- the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

- ✔ other requested deadline  After Plaintiffs have substantially completed 30(b)(6) depositions, but before the hearing on Plaintiffs motion for class certification.

Dated: 3/23/2006               /s/ Eve H. Cervantez
                               Attorney for Plaintiff

Dated: 3/23/2006               /s/ Roman Silberfeld
                               Attorney for Defendant

525132_1.PDF

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

**[PROPOSED] ORDER**

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ✔ Private ADR

Deadline for ADR session
- ☐ 90 days from the date of this order.
- ✔ other _____. Deadline to be discussed at cmc on 4/13/06.

IT IS SO ORDERED.

Dated: 3/24/06



UNITED STATES DISTRICT JUDGE
Judge Phyllis J. Hamilton
IT IS SO ORDERED

525132_1.PDF