1  ROMAN M. SILBERFELD, Bar No. 62783
   rmsilberfeld@rkmc.com
2  DAVID MARTINEZ, Bar No. 193183
   martd@rkmc.com
3  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
   2049 Century Park East, Suite 3700
4  Los Angeles, CA 90067-3211
   Telephone: (310) 552-0130
5  Facsimile: (310) 229-5800

6  GEORGE A. STOHNER, Bar No. 214508
   gstohner@morganlewis.com
7  MELINDA S. RIECHERT, Bar No. 65504
   mriechert@morganlewis.com
8  **MORGAN, LEWIS & BOCKIUS LLP**
   300 Grand South Avenue, Suite 2200
9  Los Angeles, CA 90069
   Telephone: (213) 612-1015
10 Facsimile: (213) 612-2501

11 Attorneys for Defendant,
   BEST BUY STORES, L.P. (erroneously sued as
12 BEST BUY CO., INC.)

13 **UNITED STATES DISTRICT COURT**

14 **NORTHERN DISTRICT OF CALIFORNIA**

15

| | |
|---|---|
| 16 JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all other similarly situated,<br><br>19   Plaintiffs,<br><br>20 v.<br><br>21 BEST BUY CO., INC.,<br><br>22   Defendant. | **Case No. C 05-05056 PJH**<br><br>**DEFENDANT BEST BUY STORES, L.P.'s NOTICE OF HEARING ON MOTION AND MOTION TO COMPEL PRODUCTION OF DOCUMENTS AND PRIVILEGE LOGS**<br><br>Action filed: December 8, 2005<br><br>DATE: August 23, 2006<br>TIME: 9:00<br>DEPT.: 3<br><br>Hearing set pursuant to Stipulation pending approval by the Court<br><br>**DISCOVERY MATTER**<br><br>[Memorandum of Points and Authorities, Declaration of Roman M. Silberfeld and [Proposed] Order filed concurrently herewith] |

27
28 ///

LA1 60131988.1                                NOTICE OF HEARING ON MOTION TO COMPEL
                                              C05-05056 PJH

TO ALL PARTIES, DEPONENTS AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Defendant Best Buy Stores, L.P. (erroneously sued as Best Buy Co., Inc.) ("Best Buy") will and hereby does move the Court, Pursuant to Rule 45(c)(2)(B) of the Federal Rules of Civil Procedure and Local Rule 37-1, for an Order compelling non-party witnesses William Sturdevant, Fred Robinson and Chris Goodlow (collectively, "Deponents") to produce documents responsive to Best Buy's deposition subpoenas and to produce privilege logs.

This motion is made on the grounds that: (1) documents responsive to the subpoena are relevant to Plaintiffs' allegations in the Complaint and are thus discoverable; and (2) production of documents will impose no cognizable burden on the Deponents.

The parties have met and conferred pursuant to Local Rule 7-1 but are unable to resolve the instant dispute without guidance from the Court.

This Motion is based upon this Notice of Hearing on Motion and Motion, the attached Memorandum of Points and Authorities in support thereof, the Declaration of Roman M. Silberfeld and the exhibits annexed thereto, and upon such other and further matters and arguments as may be considered by the Court at any hearing on this Motion.

DATED:  August 16, 2006

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /S/ Roman M. Silberfeld
Roman M. Silberfeld

Attorneys for Defendant, BEST BUY STORES, LP. (erroneously sued as BEST BUY CO., INC.)

LA1 60131988.1 — - 2 - — NOTICE OF HEARING ON MOTION TO COMPEL
C05-05056 PJH