IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN HOLLOWAY, et al., | No. C 05-5056 PJH (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER AFTER *IN CAMERA* REVIEW** |
| BEST BUY CO., INC., | |
| Defendant(s). | |

On August 31, 2006, defendant Best Buy Co., Inc. submitted a copy of "family record" documents for the Court's *in camera* review. The documents consist of nine Personal Data Sheets that contain certain deponents' family emergency contact information, a single Group Benefit Application form, and two credit card applications that contain Best Buy customer information. Upon review of the documents, the Court finds that Best Buy may redact the following information: (1) family emergency contact information from the nine Personal Data Sheets, and (2) family information from the Group Benefit Application. Best Buy may exclude the two credit card applications from its production.

**IT IS SO ORDERED.**

Dated: September 5, 2006

MARIA-ELENA JAMES
United States Magistrate Judge