James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 164709)
Gena E. Wiltsek *(admitted pro hac vice)*
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Clint J. Brayton (SBN 192214)
W.H. "Hank" Willson IV (SBN 233321)
Camilla Roberson *(admitted pro hac vice)*
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No.  C-05-5056 PJH (MEJ)<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING DATE FOR FILING OF FIRST AMENDED COMPLAINT** |

WHEREAS, pursuant to the Court's October 18, 2006 order, Plaintiffs may file a motion to amend the complaint by adding new named plaintiffs by November 15, 2006, unless Defendant Best Buy stipulates to later additions of new plaintiffs, or this Court so orders;

1  WHEREAS, the parties would like to avoid unnecessary motion practice by giving Best Buy an opportunity to review the proposed amended complaint to determine whether Best Buy can stipulate to the filing of the proposed amended complaint;

THEREFORE, the parties hereby stipulate and agree, and request that the Court order, that:

1. Plaintiffs shall provide a proposed amended complaint adding additional named plaintiffs to Best Buy no later than November 15, 2006.

2. If Best Buy stipulates to the filing of the proposed amended complaint, then Plaintiffs shall file said stipulation and proposed amended complaint no later than November 22, 2006.

3. If Best Buy does not stipulate to the filing of Plaintiffs' proposed amended complaint, Plaintiffs shall file a motion for leave to file their amended complaint no later than November 22, 2006.

The parties hereby stipulate, and request that the Court so order.

DATED:  November 13, 2006              **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**


By:   /s/ Eve H. Cervantez
        Eve H. Cervantez

James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 154709)
Gena E. Wiltsek *(admitted pro hac vice)*
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON

| | |
|---|---|
| DATED: November 13, 2006 | **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.** |
| | By:  /s/ Roman M. Silberfeld  <br> Roman M. Silberfeld |
| | Roman M. Silberfeld, Bar No. 62783 <br> David Martinez, Bar No. 193183 <br> Benjamin M. Weiss, Bar No. 223163 <br> ROBINS, KAPLAN, MILLER & <br>   CIRESI L.L.P. <br> 2049 Century Park East, Suite 3700 <br> Los Angeles, CA  90067-3211 <br> Telephone:  (310) 552-0130 <br> Facsimile:   (310) 229-5800 |
| | Attorneys for Defendant, BEST BUY STORES, LP. (erroneously sued as BEST BUY CO., INC.) |

**[P~~ROPOSE~~D] ORDER**

Pursuant to Stipulation, it is so ORDERED,

DATED: 11/15/06

PHYLLIS J. HAMILTON
United [States District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

577129.1

- 3 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-5056 PJH (MEJ)

## ATTESTATION

I hereby attest that I have approval for any signature indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: November 13, 2006

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:  /s/ Eve H. Cervantez
      Eve H. Cervantez

James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 154709)
Gena E. Wiltsek *(admitted pro hac vice)*
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON

577129.1 — - 4 - — STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-5056 PJH (MEJ)