James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 164709)
Gena E. Wiltsek (admitted pro hac vice)
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Todd M. Schneider (SBN 158253)
Joshua G. Konecky (SBN 182897)
Clint J. Brayton (SBN 192214)
W.H. "Hank" Willson IV (SBN 233321)
Camilla Roberson (admitted pro hac vice)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

Attorneys for Plaintiffs and the Proposed Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC.,<br><br>Defendant. | Case No.  C-05-5056 PJH (MEJ)<br><br>STIPULATION AND [~~PROPOSED~~] ORDER ALLOWING PLAINTIFFS TO FILE FIRST AMENDED COMPLAINT |

WHEREAS, pursuant to the Court's November 13, 2006 order, Plaintiffs may file a motion to amend the complaint by adding new named plaintiffs by November 22, 2006, unless Defendant Best Buy stipulates to later additions of new plaintiffs, or this Court so orders;

1     WHEREAS, Plaintiffs intend to file a First Amended Complaint, a copy of which is appended hereto as Exhibit 1;

    WHEREAS, Best Buy does not object to the filing of the First Amended Complaint;

    THEREFORE, the parties hereby stipulate and agree, and request that the Court order, that:

    1.    Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiffs may file the First Amended Complaint appended hereto as Exhibit 1;

    2.    The First Amended Complaint is deemed filed and served as of the date of this Order;

    3.    Defendant shall have 30 days to file and serve an Answer.

    The parties hereby stipulate, and request that the Court so order.

DATED: November 22, 2006        **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:   /s/ Eve H. Cervantez
       Eve H. Cervantez

James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 154709)
Gena E. Wiltsek *(admitted pro hac vice)*
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON

| | | |
|---|---|---|
| 1 | DATED: November 22, 2006 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |

By:   /s/ Roman M. Silberfeld
      Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendant, BEST BUY STORES, LP. (erroneously sued as BEST BUY CO., INC.)

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is so ORDERED,

DATED: 11/28/06               PHYLLIS J. HAMILTON
                                                           United [States District Judge]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Phyllis J. Hamilton]*

## ATTESTATION

I hereby attest that I have approval for any signature indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: November 22, 2006

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: /s/ Eve H. Cervantez
     Eve H. Cervantez

James M. Finberg (SBN 114850)
Bill Lann Lee (SBN 108452)
Eve H. Cervantez (SBN 154709)
Gena E. Wiltsek *(admitted pro hac vice)*
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON

- 4 -

STIPULATION AND [PROPOSED] ORDER
CASE NO. C-05-5056 PJH (MEJ)