[Counsel's information is set out in the signature page herein]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER on behalf of themselves and all other similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC. and BEST BUY STORES, L.P.<br><br>        Defendant. | Case No. C 05-05056 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING JANUARY 18, 2007 STATUS CONFERENCE**<br><br>Action filed:  December 8, 2005 |

WHEREAS, a further status conference is currently scheduled for January 18, 2007;

WHEREAS, on October 12, 2006, the parties submitted a Stipulation and [Proposed] Order requesting a continuance of the stipulated discovery and class certification schedule;

1   WHEREAS, on October 17, 2006, the Court entered an Order approving the
2   aforementioned stipulation; and
3   WHEREAS, the further status conference currently scheduled for January 18, 2007
4   should be continued consistent with the stipulated deadlines so as to promote judicial
5   efficiency and preservation of party resources:
6   THEREFORE, the parties hereby stipulate and agree, and request that the Court
7   Order, that:
8   The further status conference scheduled for January 18, 2007 be continued to June
9   7, 2007, at 2:30 p.m., or to any other date and time that the Court deems appropriate.

DATED:  December 11, 2006         **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Roman M. Silberfeld
         Roman M. Silberfeld

Attorneys for Defendant, BEST BUY STORES, LP.
(erroneously sued as BEST BUY CO., INC.)

DATED:  December 11, 2006         **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:   /S/ Eve H. Cervantez
         Eve H. Cervantez

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER

1  **[PROPOSED] ORDER**

3  Pursuant to Stipulation, the January 18, 2007 status conference is hereby continued
4  until _May 31_____, 2007.  It is so ORDERED,

6  DATED:   December _12_, 2006



PHY
United

_____
Judge Phyllis J. Hamilton

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES