Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
David Martinez, DMartinez@rkmc.com (#193183)
Benjamin M. Weiss, BMWeiss@rkmc.com (#223163)
Hassan A. Allen, HAAllen@rkmc.com (#241446)
Rebecka M. Biejo, RMBiejo@rkmc.com (#240504)
Vincent S. Loh, VSLoh@rkmc.com (#238410)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Melinda S. Riechert, MRiechert@morganlewis.com (#65504)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Telephone: (213) 612-2500
Facsimile:  (213) 612-2501

Attorneys for Defendants,
BEST BUY CO., INC. and BEST BUY STORES, L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., BEST BUY STORES L.P.<br><br>Defendant. | **Case No.  C 05-05056 PJH (MEJ)**<br><br>[Assigned for all purposes to the Honorable Phyllis J. Hamilton, United States District Judge]<br><br>**STIPULATION AND ORDER RE REDACTIONS TO BEST BUY'S FORTHCOMING DOCUMENT PRODUCTION**<br><br>Action filed:  December 8, 2005 |

/ / /

/ / /

/ / /

LA1 60139327.1

STIP AND ORDER RE REDACTIONS TO BEST BUY'S FORTHCOMING DOCUMENT PRODUCTION - C 05-05056 PJH (MEJ)

1   WHEREAS Best Buy Co., Inc. and Best Buy Stores L.P. (collectively "Best Buy") and
2   Plaintiffs previously sought Court resolution of a discovery dispute over the appropriate scope of
3   redactions to personnel files requested by Plaintiffs and produced by Best Buy;

4   WHEREAS on August 24, 2006, the Court found, *inter alia*, that Best Buy's employees'
5   privacy interests are protected by the protective order in this action;

6   WHEREAS the Court also found that Best Buy could redact social security numbers,
7   those portions of the records related to medical information, and financial information unrelated
8   to employee compensation;

9   WHEREAS on September 5, 2006, after an *in camera* review of the documents at issue,
10  the Court found that Best Buy could redact from its production: (1) family emergency contact
11  information; (2) family information from Group Benefits Applications; and (3) could refrain from
12  producing two credit card applications that contain Best Buy customer information;

13  WHEREAS Best Buy informed Plaintiffs that Best Buy plans to notice depositions for
14  seven current and former Best Buy employees; and

15  WHEREAS on December 11, 2006 Plaintiffs served Best Buy with a Sixth Request for
16  Production of Documents seeking, *inter alia*, all documents concerning these seven current and
17  former Best Buy employees.

18  Therefore, the parties agree that good cause exists and therefore stipulate as follows:

19  1.  The privacy interests of Best Buy's employees whose information is contained in
20      Best Buy's forthcoming production of documents is adequately protected by the
21      protective order in this action;

22  2.  Best Buy may redact social security numbers, medical information, and financial
23      information unrelated to employee compensation that the Court previously ruled
24      could be redacted from Best Buy employees' personnel files

25  3.  Best Buy may also refrain from producing credit card applications containing
26      sensitive private customer information.

27  / / /
28  / / /

LA1 60139327.1     - 2 -     STIP AND ORDER RE REDACTIONS TO BEST BUY'S FORTHCOMING DOCUMENT PRODUCTION - C 05-05056 PJH

4. This Stipulation does not encompass documents concerning any of the named Plaintiffs in this lawsuit, including Eric Blacksher, Maurice Calhoun, Cheryl Chappel, Nicholas Dixon, Amy Garcia, Jasmen Holloway, Muembo Muanza, Susan Myers-Snyder, Lawrence Santiago, Jr., and Jessica Treas.

DATED: January 18, 2007    **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /S/ Benjamin M. Weiss
        Benjamin M. Weiss

**MORGAN, LEWIS & BOCKIUS LLP**
   George A. Stohner
   Melinda S. Riechert

**ATTORNEYS FOR DEFENDANTS BEST BUY COMPANY, INC. AND BEST BUY STORES, L.P.**

DATED: January 18, 2007    **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:   /S/ Kelly M. Dermody
        Kelly M. Dermody

**ATTORNEYS FOR PLAINTIFFS JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON AND SUSAN MYERS-SNYDER**

**IT IS SO ORDERED.**

DATED: January 19, 2007

_____
MARIA-ELENA JAMES
United States [Magistrate Judge]

*IT IS SO ORDERED — Judge Maria-Elena James* (seal: United States District Court, Northern District of California)

LA1 60139327.1          - 3 -    STIP AND ORDER RE REDACTIONS TO BEST BUY'S FORTHCOMING DOCUMENT PRODUCTION - C 05-05056 PJH

## PROOF OF SERVICE

STATE OF CALIFORNIA       )
                          ) ss.
COUNTY OF LOS ANGELES     )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

    On January 18, 2007, I served the foregoing document described as **STIPULATION AND ORDER RE REDACTIONS TO BEST BUY'S FORTHCOMING DOCUMENT PRODUCTION** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Camilla Louisa Roberson
Schneider & Wallace
180 Montgomery Street
Suite 2000
San Francisco, CA 94104

[X]  **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

    I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]  **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]  **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[ ]  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on January 18, 2007 at Los Angeles, California.

SILVIA GREEN

LA1 60120045.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE