Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
David Martinez, DMartinez@rkmc.com (#193183)
Benjamin M. Weiss, BMWeiss@rkmc.com (#223163)
Hassan A. Allen, HAAllen@rkmc.com (#241446)
Rebecka M. Biejo, RMBiejo@rkmc.com (#240504)
Vincent S. Loh, VSLoh@rkmc.com (#238410)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone: (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Melinda S. Riechert, MRiechert@morganlewis.com (#65504)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Telephone: (213) 612-2500
Facsimile:  (213) 612-2501

Attorneys for Defendants,
BEST BUY CO., INC. and BEST BUY STORES, L.P.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BEST BUY CO., INC. and BEST BUY STORES, L.P., <br><br> Defendants. | Case No.  C-05-5056 PJH (MEJ) <br><br> **AMENDED STIPULATION AND [P~~ROPOSED~~] ORDER CONTINUING CERTAIN DATES** |

1        WHEREAS, on October 17, 2007, this Court entered a Stipulation and Order Continuing

2   Certain Dates (filed by the Court on October 18, 2006);

3        WHEREAS, Paragraph 4 of said Stipulation and Order provided for certain 30(b)(6)

4   depositions to take place prior to February 28, 2007;

5        WHEREAS, both parties are diligently conducting as much discovery as possible and the

6   parties have agreed upon certain dates for depositions and private ADR;

7        WHEREAS, due to the volume of documents and various technical difficulties in

8   retrieving said documents, Best Buy has produced documents on a rolling basis, but was unable to

9   substantially complete production of the documents described in Paragraph 4 of the Stipulation

10  and Order until February 22, 2007;

11       WHEREAS, due to the volume of documents and the scheduling difficulties of 30(b)(6)

12  witnesses, the parties have not been able to complete the depositions by February 28, 2007;

13       THEREFORE, the parties stipulate and agree, and request that the Court amend Paragraph

14  4 of the October 17, 2007 Stipulation and Order as follows:

15       1.    The 30(b)(6) depositions regarding Best Buy's organizational structure and

16  operations shall take place on March 6 and 7, 2007 in Los Angeles;

17       2.    The Corporate Human Resources policies 30(b)(6) depositions shall take place on

18  March 27, 2007 and April 6, 2007 in Minneapolis;

19       3.    The Document Retention 30(b)(6) depositions shall take place on March 16, 2007

20  in Minneapolis;

21       4.    The Segmentation/Customer Centricity 30(b)(6) depositions and the Electronic

22  Communications 30(b)(6) depositions will take place as soon as is practicable after relevant

23  documents have been produced, and in any event no later that August 2007; and

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

1      5.      No other dates set forth in the October 17, 2006 Stipulation and Order are
changed.

The parties hereby stipulate, and request that the Court so order.

DATED: March 21, 2007                       **LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By:      /s/
         Kelly M. Dermody

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Attorneys for Plaintiffs JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER

DATED: March 21, 2007                       **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:      /s/
         Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendant, BEST BUY STORES, LP. (erroneously sued as BEST BUY CO., INC.)

1 **[~~PROPOSED~~] ORDER**

2      Pursuant to Stipulation, it is so ORDERED,

3

4    DATED:  3/29/07

5

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# **ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have holographic signatures on file.

DATED: March 21, 2007

By: _/s/_
     David Martinez

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: 310-552-0130
Facsimile: 310-229-5800

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                                            ) ss.
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

On March 21, 2007, I served the foregoing document described as **AMENDED STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN DATES** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Camilla Louisa Roberson, Esq.
Schneider & Wallace
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

[X]   **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[ ]   **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[ ]   **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on March 21, 2007 at Los Angeles, California.

_____
SILVIA GREEN

LA1 60138444.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE