| | |
|---|---|
| 1 | Eve H. Cervantez (SBN 164709) |
| | James M. Finberg (SBN 114850) |
| 2 | ALTSHULER BERZON LLP |
| | 177 Post St., Suite 300 |
| 3 | San Francisco, CA 94108 |
| | Telephone: (415) 421-7151 |
| 4 | Facsimile: (415) 362-8064 |
| 5 | *Attorneys for Plaintiffs and the Proposed Class* |
| | *[Additional Counsel Listed on Last Page]* |
| 6 | |
| | Roman M. Silberfeld, Bar No. 62783 |
| 7 | David Martinez, Bar No. 193183 |
| | Benjamin M. Weiss, Bar No. 223163 |
| 8 | ROBINS, KAPLAN, MILLER & CIRESI L.L.P. |
| | 2049 Century Park East, Suite 3700 |
| 9 | Los Angeles, CA 90067-3211 |
| | Telephone: (310) 552-0130 |
| 10 | Facsimile: (310) 229-5800 |
| 11 | *Attorneys for Defendants Best Buy Co., Inc. and* |
| | *Best Buy Stores, L.P.* |
| 12 | *[Additional Counsel Listed on Last Page]* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION/ OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., BEST BUY STORES L.P.,<br><br>Defendants. | Case No. C 05-05056 PJH (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 2, 2007 AT 2:30 P.M.** |

/ / /

LA1 60144984.1

STIPULATION AND [PROPOSED] ORDER
CONTINUING CASE MANAGEMENT CONFERENCE
C 05-05056 PJH (MEJ)

1  WHEREAS, the Court has set a case management conference in this case for July 26, 2007 at 2:30 p.m.;

3  WHEREAS, Roman Silberfeld, the lead trial counsel for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P. (collectively "Best Buy") has a prior firm-wide commitment in Minnesota on that date that cannot be rescheduled;

6  WHEREAS, the parties agree that the case management conference should be continued to August 2, 2007, at 2:30 p.m.;

8  WHEREAS, Best Buy's counsel contacted the Court's Clerk on May 18, 2007 and was informed that the Court's calendar is open on August 2, 2007;

10  THEREFORE, the parties hereby stipulate and agree, and request that the Court order, that the case management conference currently set for July 26, 2007 at 2:30 p.m. be continued to August 2, 2007 at 2:30 p.m.

DATED: May 21, 2007        **ALTSHULER BERZON LLP**

By:   /s/ Eve H. Cervantez
         Eve H. Cervantez

Attorneys For Plaintiffs

DATED:  May 21, 2007        **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ Roman M. Silberfeld
         Roman M. Silberfeld

Attorneys for Defendant, BEST BUY STORES, L.P. (erroneously sued as BEST BUY CO., INC.)

[**PROPOSED**] ORDER

Pursuant to Stipulation, it is so ORDERED.

DATED: _5/25/07_____    _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED — Judge Phyllis J. Hamilton* (seal: United States District Court, Northern District of California)

LA1 60144984.1        - 2 -        STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE
C 05-05056 PJH (MEJ)

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have holographic signatures on file.

DATED: May 21, 2007               By:  /s/ David Martinez
                                       David Martinez

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:    310-552-0130
Facsimile:    310-229-5800

Additional Plaintiffs' Counsel

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN
& BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua G. Konecky (SBN 182897)
Clint J. Brayton (SBN 192214)
W.H. "Hank" Willson IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105

Bill Lann Lee (SBN 108452)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
1330 Broadway
Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

/ / /

/ / /

/ / /

1 | <u>Additional Defense Counsel</u>

George A. Stohner (SBN 214508)
Melinda S. Riechert (SBN 65504)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile:  (213) 612-2501

# PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3700, Los Angeles, California 90067-3211.

On May 21, 2007, I served the foregoing document described as **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO AUGUST 2, 2007 AT 2:30 P.M.** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

Camilla Louisa Roberson, Esq.
Schneider & Wallace
180 Montgomery Street, Suite 2000
San Francisco, CA 94104

[X]  **BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing. It is deposited with U.S. postal service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[]  **BY FEDERAL EXPRESS - OVERNIGHT:** I caused such envelope to be deposited in a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

[]  **BY FACSIMILE:** I served a true copy of the document(s) described on all parties to this action by facsimile transmission, and the transmission was reported as complete and without error. Facsimile transmissions were sent and addressed as stated above.

[]  **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressees.

[X]  (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction service was made.

Executed on May 21, 2007 at Los Angeles, California.

SILVIA GREEN

LA1 60138444.1

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

PROOF OF SERVICE