| | |
|---|---|
| 1 | Bill Lann Lee (SBN 108452) |
| 2 | LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C. |
| 3 | 1330 Broadway, Suite 1800<br>Oakland, CA  94612<br>Telephone:  (510) 839-6824 |
| 4 | Facsimile:  (510) 839-7839 |
| 5 | *Attorneys for Plaintiffs and the Proposed Class* |
| 6 | |
| 7 | Roman M. Silberfeld (SBN 62783)<br>ROBINS, KAPLAN, MILLER & CIRESI LLP |
| 8 | 2049 Century Park East, Suite 3700<br>Los Angeles, CA 90067-3211<br>Telephone:  (310) 552-0130 |
| 9 | Facsimile:  (310) 229-5800 |
| 10 | *Attorneys for Defendant* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated, | | Case No. C-05-5056 PJH (MEJ)<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND MEDIATION DEADLINE** |
| Plaintiffs, | | |
| v. | | |
| BEST BUY CO., INC. and BEST BUY STORES, L.P., | | |
| Defendants. | | |

WHEREAS, at the status conference for this case held on April 13, 2006, the Court initially ordered the parties to engage in private mediation between January and April, 2007, prior to the filing of class certification briefs;

1    WHEREAS, on October 18, 2006, the parties stipulated and the Court ordered that the
2    class certification schedule be continued and that mediation should take place between March and
3    June 2007;

4    WHEREAS, on May 14, 2007, the parties stipulated and the Court ordered that the parties
5    would engage in mediation on June 20-21, 2007;

6    WHEREAS, the mediator inadvertently calendared the mediation for dates different than
7    those agreed upon by the parties, and is not available on June 20-21;

8    WHEREAS, the parties agree that the mediation will be more productive if held after
9    completion of document production and critical 30(b)(6) depositions;

10   WHEREAS, given the availability of the private mediator selected by the parties, and the
11   amount of discovery remaining to be completed, the parties agree that it is necessary to extend the
12   mediation date to October 16, 2007, well before Plaintiffs' motion for class certification is due in
13   March 2008;

14   WHEREAS, the parties believe that the Case Management Conference, currently set for
15   August 2, 2007, would be more efficient if held after the mediation;

16   THEREFORE, the parties hereby stipulate, and request that the Court order, that the parties shall engage in private mediation on October 16, 2007, and shall file a status statement regarding outcome of private ADR by December 2007.  The parties also stipulate and request that the Court order that the Case Management Conference shall be continued to November 22 2007.

DATED:  June 19, 2007           **LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.**

                                By:  _____/s/ Bill Lann Lee_____
                                         Bill Lann Lee

                                Attorneys for Plaintiff

1 | DATED: June 19, 2007 **ROBINS, KAPLAN, MILLER, & CIRESI LLP**

2 | By: _____ ___/s/_ Roman Silberfeld_____
        Roman M. Silberfeld

3

4 | Attorneys for Defendant

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, the mediation presently scheduled for June 20-21, 2007, is hereby continued until October 16, 2007. The parties shall file a status statement regarding the outcome of private ADR by ~~December~~ November 15, 2007 ~~2007~~. The Case Management Conference currently set for August 2, 2007 is hereby continued until November ~~22~~ 29, 2007, at 2:30 p.m.

IT IS SO ORDERED.

DATED: 6/27/07 _____
Phyllis J. Hamilton
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have holographic signatures on file.

DATED: June 19, 2007                          By:    /s/ Bill Lann Lee
                                                          Bill Lann Lee

LEWIS, FEINBERG, LEE,
RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612