IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASMEN HOLLOWAY, et al.,           No. C 05-5056 PJH (MEJ)

    Plaintiff(s),

vs.                                    **ORDER RE: REQUEST TO EXCEED PAGE LIMIT FOR DISCOVERY DISPUTE**

BEST BUY CO., INC.,

    Defendant(s).
_____/

The Court is in receipt of Plaintiffs' counsel's request to exceed the page limit for a joint submission regarding the production of native documents. Although counsel states that Defendants do not oppose this request, it is not submitted in the form of a stipulation; therefore, the Court prefers to hear directly from Defendants. Accordingly, Defendants shall e-file a statement of opposition or non-opposition to Plaintiffs' request.

**IT IS SO ORDERED.**

Dated: July 19, 2007

MARIA-ELENA JAMES
United States Magistrate Judge