# SCHNEIDER & WALLACE
### ATTORNEYS AT LAW

Todd M. Schneider　　　　　　　　　　　　　　　　　　　　　　　　　　　W.H. Willson, IV
Guy B. Wallace　　　　　　　　　　　　　　　　　　　　　　　　　　　Camilla L. Roberson
Carolyn H. Cottrell　　　　　　　　　　　　　　　　　　　　　　　　　　Lindy J. Morrison
Clint J. Brayton　　　　　　　　　　　　　　　　　　　　　　　　　　　　Patrick J. Suter
Joshua Konecky　　　　　　　　　　　　　　　　　　　　　　　　　　　　Brian H. Chun
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Rachel E. Brill
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy Park

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Paula Hagan Bennett, of Counsel
　　　　　　　　　　　　　　　　July 13, 2007　　　　　　　　Cael Davis, of Counsel

Honorable Magistrate Judge Maria-Elena James
USDC, Northern District of California
Courtroom B, 15th Floor
450 Golden Gate Avenue
San Francisco, CA 94102

　　　Re:　*Holloway, et al. v. Best Buy, Inc.*
　　　　　　Northern District of California Case No. C-05-5056 PJH (MEJ)

Dear Magistrate Judge James,

　　　Plaintiffs respectfully request the Court's permission to exceed the page limit for a joint submission regarding the production of native documents. The issues involved are numerous and exceedingly complex, and Plaintiffs do not believe the parties can address all of the relevant issues and provide sufficient explanation within the Court's page limit. Plaintiffs expect that the parties' joint submission will not exceed ten pages. It is our understanding that Defendants do not oppose this request.

　　　　　　　　　　　　Very Truly Yours,

　　　　　　　　　　　　SCHNEIDER & WALLACE

　　　　　　　　　　　　*Todd Schneider*
　　　　　　　　　　　　(ny)

　　　　　　　　　　　　Todd M. Schneider
　　　　　　　　　　　　Counsel for Plaintiffs

cc via efiling:
　　Eve Cervantez
　　Kelly Dermody
　　Bill Lee
　　Lisa Heller



GRANTED
Judge Maria-Elena James
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA