IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN HOLLOWAY, et al., | No. C 05-5056 PJH (MEJ) |
| Plaintiff(s), | **ORDER QUASHING KALEV SUBPOENA** |
| vs. | |
| BEST BUY CO., INC., | |
| Defendant(s). | |

The Court is in receipt of a joint discovery dispute letter between Defendant Best Buy, Inc., and third-party witness Alexandra Kalev, Ph.D. Because there is no indication that Plaintiffs intend to use Dr. Kalev's testimony or research, the Court DENIES Best Buy's request to compel Dr. Kalev to comply with its subpoenas.

**IT IS SO ORDERED.**

Dated: July 26, 2007

MARIA-ELENA JAMES
United States Magistrate Judge