UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMEN HOLLOWAY, et al.,

    Plaintiffs,

    v.

BEST BUY CO., INC., et al.,

    Defendants.
_____/

No. C 05-5056 PJH

**ORDER RE OBJECTIONS TO MAGISTRATE JUDGE'S ORDER**

As defendant has not shown the July 26, 2007 order of the magistrate judge to be clearly erroneous, defendant's objection to the order is OVERRRULED.

**IT IS SO ORDERED.**

Dated: August 16, 2007

_____
PHYLLIS J. HAMILTON
United States District Judge