IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASMEN HOLLOWAY, et al.,

        Plaintiff(s),

  vs.

BEST BUY CO., INC.,

        Defendant(s).

No. C 05-5056 PJH (MEJ)

**ORDER GRANTING ON A LIMITED BASIS PLAINTIFFS' REQUEST TO COMPEL PRODUCTION OF NATIVE DOCUMENTS**

      The Court is in receipt of the parties' joint discovery dispute letter, filed November 19, 2007. (Doc. #86.) In the letter, Plaintiffs request production of more than eleven million pages of native records. Although these records were previously produced by Defendant, Plaintiffs argue that they should have been produced in native format. While it appears in some instances either native format or metadata may be relevant or necessary for a full understanding of a document, it is not clear that this is the case for all eleven million-plus pages. Further, based on the parties' letter, it appears that Plaintiffs' counsel provided conflicting information regarding the method of production. Accordingly, the Court shall grant Plaintiffs' request on a limited basis. Plaintiffs shall identify particular documents by Bates Number and identify a particularized need for each document. If Defendant is unwilling or unable to produce those documents in native format, the parties shall meet and confer in compliance with the undersigned's discovery standing order.

      **IT IS SO ORDERED.**

Dated: November 26, 2007

                                          MARIA-ELENA JAMES
                                          United States Magistrate Judge