James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Katherine M. Pollock (SBN 243500)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064)

*Attorneys for Plaintiffs and the Proposed Class
(Additional Counsel for Plaintiffs on Signature Page)*

Roman M. Silberfeld (SBN 62783)
Lisa L. Heller (SBN 126086)
David Martinez (SBN 193183)
Benjamin M. Weiss (SBN 223163)
Sarinya Kaewdaunglek (SBN 233637)
Rebecka M. Biejo (SBN 240504)
Vincent S. Loh (SBN 238410)ROBINS, KAPLAN, MILLER & CIRESI, LLP
2049 Century Park East, Suite 3400
Los Angeles, CA 90067
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys for Defendants*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, AND SUSAN-MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendants. | Case No. C-05-5056 PJH<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE** |

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE**

WHEREAS, a Case Management Conference was scheduled in this case for August 2, 2007;

WHEREAS, the parties requested, and this Court ordered, that the Case Management Conference originally set for August 2, 2007 be continued until November 29, 2007, to allow the parties time to complete a scheduled mediation on October 16, 2007;

WHEREAS, as set forth in the Joint ADR Status Report filed on November 14, 2007, the parties participated in a mediation session before mediator Hunter Hughes on October 16, 2007, exchanged information, and concluded that more work was necessary for a full evaluation of the claims and defenses in this action. The parties were therefore unable to resolve the case at that time;

WHEREAS, Mediator Hughes recommended that the parties engage in further mediation sessions;

WHEREAS, the parties intend to engage in a further mediation session in March 2008, well before Plaintiffs' motion for class certification is due on July 30, 2008;

WHEREAS, the parties believe that the Case Management Conference, currently set for November 29, 2007, will be more productive and efficient if held after the continued mediation;

WHEREAS, from the perspective of the parties and counsel, there are no issues which require a case management conference or the Court's assistance at this time;

THEREFORE, the parties hereby stipulate, and request that the Court order, that the Case Management Conference be continued to April 24, 2008, after the next mediation session is held.

DATED: November 20, 2007        **ALTSHULER BERZON LLP**

By: _____/s/ Eve H. Cervantez_____
          Eve H. Cervantez

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108

- 1 -        STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, CASE NO. 05-5056 PJH

|  |  |
|---|---|
| 1 | Telephone: (415) 421-7151 |
|  | Facsimile:  (415) 362-8064 |
| 2 |  |
|  | Attorneys for Plaintiffs |
| 3 | Todd M. Schneider (SBN 158253) |

```
Telephone: (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Plaintiffs
Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Joshua G. Konecky (SBN 182897)
Clint J. Brayton (SBN 192214)
W.H. "Hank" Willson IV (SBN 233321)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:   (415) 421-7105

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN &
      BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:   (415) 956-1008

Bill Lann Lee
LEWIS, FEINBERG, LEE, RENAKER
      & JACKSON, P.C.
1330 Broadway
Suite 1800
Oakland, CA 94612
Telephone:  (510) 839-6824
Facsimile:   (510) 839-7839
```

DATED: November 20, 2007            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:       /s/ Roman M. Silberfeld
            Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendant, BEST BUY STORES, LP. (erroneously sued as BEST BUY CO., INC.)

- 2 -

STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE CASE MANAGEMENT CONFERENCE, CASE NO.  05-5056 PJH

**[PROPOSED] ORDER**

Pursuant to Stipulation, the Case Management Conference currently set for November 29, 2007, is hereby continued to April 24, 2008, at 2:30 p.m.

Dated: 11/27/07

_____
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
*(Seal: United States District Court, Northern District of California)*