| | |
|---|---|
| Kelly M. Dermody (SBN 171716) <br> Daniel M. Hutchinson (SBN 239458) <br> Barbra L. Williams (SBN 249967) <br> LIEFF, CABRASER, HEIMANN & <br> BERNSTEIN, LLP <br> Embarcadero Center West <br> 275 Battery Street, 30th Floor <br> San Francisco, CA  94111-3339 <br> Telephone:  (415) 956-1000 <br> Facsimile:  (415) 956-1008 | James M. Finberg (SBN 114850) <br> Eve H. Cervantez (SBN 164709) <br> Katherine M. Pollock (SBN 243500) <br> ALTSHULER BERZON LLP <br> 177 Post Street, Suite 300 <br> San Francisco, CA  94108 <br> Telephone:  (415) 421-7151 <br> Facsimile:  (415) 362-8064 |
| Todd M. Schneider (SBN 158253) <br> Guy B. Wallace (SBN 176151) <br> Nancy Park (SBN 236750) <br> Naomi Sunshine (SBN 244094) <br> SCHNEIDER & WALLACE <br> 180 Montgomery Street, Suite 2000 <br> San Francisco, CA  94104 <br> Telephone:  (415) 421-7100 <br> Facsimile:  (415) 421-7105 | Bill Lann Lee (SBN 108452) <br> Vincent Cheng (SBN 230827) <br> Lindsay Nako (SBN 239090) <br> Nina Wasow (SBN 242047) <br> LEWIS, FEINBERG, LEE, RENAKER & <br> JACKSON, P.C. <br> 1330 Broadway, Suite 1800 <br> Oakland, CA  94612 <br> Telephone:  (510) 839-6824 <br> Facsimile:  (510) 839-7839 |

*Attorneys for Plaintiffs and the Proposed Class*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BEST BUY CO., INC. and BEST BUY STORES, L.P., <br><br> Defendants. | Case No.  C-05-5056 PJH (MEJ) <br><br> **STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Court has set a Case Management Conference in the above-captioned case for April 24, 2008;

WHEREAS, the date set by the Court presents scheduling conflicts with other matters in which the undersigned serve as counsel of record;

1   WHEREAS, a short extension to accommodate the schedules of counsel will not
2 prejudice the parties;
3   WHEREAS, counsel has contacted the Court and has been advised that the Court
4 can hear the parties on May 1, 2008;
5   THEREFORE, the parties hereby stipulate and agree, and respectfully request that
6 the Court order, that the Case Management Conference set for April 24, 2008 be continued to
7 May 1, 2008 at 2:30 p.m., 17th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco,
8 California 94102

10 Dated: March 21, 2008

11 LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

14 By: */s/ Kelly M. Dermody*
     Kelly M. Dermody

By: */s/ Roman M. Silberfeld*
     Roman M. Silberfeld

15 Kelly M. Dermody
Barbra L. Williams
16 Daniel M. Hutchinson
LIEFF, CABRASER, HEIMANN &
17 BERNSTEIN, LLP
Embarcadero Center West
18 275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
19 Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

22 Todd M. Schneider
Guy B. Wallace
Nancy Park
23 Naomi Sunshine
SCHNEIDER & WALLACE
24 180 Montgomery Street, Suite 2000
San Francisco, CA  94104
25 Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

George A. Stohner, Bar No. 214508
Melinda S. Riechert, Bar No. 65504
Morgan, Lewis & Bockius, LLP
300 South Grand Avenue, Twenty-Second Fl.
Los Angeles, CA 90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

*Attorneys for Defendants*

1  Bill Lann Lee
   Vincent Cheng
2  Lindsay Nako
   Nina Wasow
3  LEWIS, FEINBERG, LEE, RENAKER &
   JACKSON, P.C.
4  1330 Broadway, Suite 1800
   Oakland, CA  94612
5  Telephone:  (510) 839-6824
   Facsimile:  (510) 839-7839
6
   James M. Finberg
7  Eve H. Cervantez
   Katherine M. Pollock
8  ALTSHULER BERZON LLP
   177 Post Street, Suite 300
9  San Francisco, CA  94108
   Telephone:  (415) 421-7151
10 Facsimile:  (415) 362-8064

11 *Attorneys for Plaintiffs and the Proposed
   Class*
12

13                          **ORDER**

14         Pursuant to Stipulation, it is so ORDERED.

15

16 _____
   DATED: March  24, 2008                PHYLLIS J. HAMILTON
17                                       United States District Judge

*IT IS SO ORDERED* — Judge Phyllis J. Hamilton (United States District Court, Northern District of California seal)

## **ATTESTATION**

I hereby attest that I have approval for any signature indicated by a "conformed" signature ("/s/") within this e-filed document.

DATED: March 21, 2008

**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**

By: ___/s/ *Daniel M. Hutchinson*___
     Daniel M. Hutchinson

Kelly M. Dermody
Barbra L. Williams
Daniel M. Hutchinson
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs and the Proposed Class*