1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  Katherine M. Pollock (SBN 243500)
   ALTSHULER BERZON LLP
3  177 Post Street, Suite 300
   San Francisco, CA  94108
4  Telephone:     (415) 421-7151
   Facsimile:      (415) 362-8064
5
   *Additional Attorneys for Plaintiffs and the*
6  *Proposed Class on Signature Page*

7
   Roman M. Silberfeld (SBN 62783)
8  David Martinez (SBN 193183)
   Benjamin M. Weiss (SBN 223163)
9  ROBINS, KAPLAN, MIILLER &
      CIRESI L.L.P.
10 2049 Century Park East, Suite 3700
   Los Angeles, CA 90067-3211
11 Telephone:     (310) 552-0130
   Facsimile:      (310) 229-5800
12
   *Attorneys for Defendants Best Buy Co.,*
13 *Inc. and Best Buy Stores, L.P.*

14
                  UNITED STATES DISTRICT COURT
15
                NORTHERN DISTRICT OF CALIFORNIA
16
               SAN FRANCISCO / OAKLAND DIVISION
17

18
   JASMEN HOLLOWAY, AMY GARCIA,          Case No.  C-05-5056 PJH
19 CHERYL CHAPPEL, ERIC
   BLACKSHER, JESSICA TREAS,             **STIPULATION AND [PROPOSED]**
20 LAWRENCE SANTIAGO, JR.,               **ORDER CONTINUING CERTAIN DATES**
   MUEMBO MUANZA, MAURICE
21 CALHOUN, NICHOLAS DIXON, and
   SUSAN MYERS-SNYDER, on behalf of
22 themselves and all others similarly situated,

23                 Plaintiffs,

24 v.

25 BEST BUY CO., INC. and BEST BUY
   STORES, L.P.,
26
                  Defendants.
27

28

1

**STIPULATION AND [PROPOSED] ORDER CONTINUING CERTAIN DATES**

2

WHEREAS, on July 12, 2007, this Court entered the parties' July 9, 2007

3

proposed stipulation and order continuing certain dates, stating that it would be the final

4

continuance pre-class certification;

5

6

WHEREAS, the parties diligently have been proceeding on schedule;

WHEREAS, Plaintiffs served their Expert Designations and Reports on schedule

7

on March 3, 2008;

8

9

WHEREAS, Defendants deposed Plaintiffs' statistical expert witness, Dr. Richard

10

Drogin, on schedule on April 2, 2008;

11

WHEREAS, Plaintiffs' social science expert witness, Dr. Barbara Reskin, is very

12

ill and unable to prepare for, travel to, and participate in her deposition scheduled for April 9,

13

2008, but would have been available for deposition the week of April 14, 2008;

14

15

WHEREAS, Defendants' counsel who was prepared to depose Dr. Reskin will be

16

involved in a long-scheduled trial for approximately two weeks beginning April 14, 2008;

17

WHEREAS, the earliest practicable date for Dr. Reskin's deposition is May 6,

18

2008, and this date has been confirmed by all parties;

19

WHEREAS, Defendants will need time to prepare their rebuttal social science

20

expert report after Dr. Reskin's deposition;

21

22

WHEREAS, it is Defendants' position that Defendants should not produce any

23

expert reports prior to the depositions of Plaintiffs' experts;

24

WHEREAS, the parties understand that the Court ordered that the July 9, 2007

25

continuance would be the final continuance before class certification, but the parties respectfully

26

submit that the unusual exigent circumstances necessitate a further continuance;

27

THEREFORE, the parties hereby stipulate and agree, and respectfully request the

28

STIPULATION AND [PROPOSED] ORDER
CONTINUING CERTAIN DATES,
CASE NO.  05-5056 PJH

Court to order that the parties extend the deadlines for expert discovery and class certification only to the extent absolutely necessary due to these exigent circumstances, as follows:

1.    The May 1, 2008 deadline for Defendants' statistical expert designation and report shall be extended to May 9, 2008.

2.    The May 1, 2008 deadline for Defendants' social science expert designation and report shall be extended to June 2, 2008.

3.    The June 2, 2008 deadline for Plaintiffs' rebuttal statistical expert report shall be extended to June 10, 2008.

4.    The June 2, 2008 deadline for Plaintiffs' rebuttal social science expert report shall be extended to July 2, 2008.

5.    The July 2, 2008 deadline for Defendants' rebuttal statistical expert report shall be extended to July 10, 2008.

6.    The July 2, 2008 deadline for Defendants' rebuttal social science expert report shall be extended to July 30, 2008.

7.    The July 30, 2008 deadline for Plaintiffs' Motion for Class Certification shall be extended to August 27, 2008.

8.    The September 24, 2008 deadline for Defendants' Opposition to Plaintiffs' Motion for Class Certification shall be extended to October 22, 2008.

9.    The October 22, 2008 deadline for Plaintiffs' Reply Brief in Support of Class Certification shall be extended to November 19, 2008.

10.   The November 12, 2008 date for the hearing on Plaintiffs' Motion for Class Certification shall be continued until December 10, 2008 or such date as the Court finds convenient.

//

//

//

//

STIPULATION AND [PROPOSED] ORDER
CONTINUING CERTAIN DATES,
CASE NO.  05-5056 PJH

1    The parties hereby stipulate, and respectfully request that the Court so order.

2

3    DATED: April 4, 2008                **ALTSHULER BERZON LLP**

4
                                         By: _____/s/ Eve H. Cervantez
5                                              Eve H. Cervantez

6                                        James M. Finberg (SBN 114850)
                                         Eve H. Cervantez (SBN 164709)
7                                        Katherine M. Pollock (SBN 243500)
                                         ALTSHULER BERZON LLP
8                                        177 Post St., Suite 300
                                         San Francisco, CA 94108
9                                        Telephone: (415) 421-7151
                                         Facsimile:  (415) 362-8064
10
                                         Todd M. Schneider (SBN 158253)
11                                       Guy B. Wallace (SBN 176151)
                                         Clint J. Brayton (SBN 192214)
12                                       Nancy Park (SBN 236750)
                                         SCHNEIDER & WALLACE
13                                       180 Montgomery Street, Suite 2000
                                         San Francisco, CA  94104
14                                       Telephone:  (415) 421-7100
                                         Facsimile:   (415) 421-7105
15
                                         Kelly M. Dermody (SBN 171716)
16                                       Daniel M. Hutchinson (SBN 239458)
                                         Barbra Williams (SBN 249967)
17                                       LIEFF, CABRASER, HEIMANN &
                                              BERNSTEIN, LLP
18                                       Embarcadero Center West
                                         275 Battery Street, 30th Floor
19                                       San Francisco, CA  94111-3339
                                         Telephone:  (415) 956-1000
20                                       Facsimile:   (415) 956-1008

21                                       Bill Lann Lee (SBN 108452)
                                         Vincent Cheng (SBN 230827)
22                                       Lindsay Nako (SBN 239090)
                                         Nina Wasow (SBN 242047)
23                                       LEWIS, FEINBERG, LEE, RENAKER
                                              & JACKSON, P.C.
24                                       1330 Broadway
                                         Suite 1800
25                                       Oakland, CA 94612
                                         Telephone:  (510) 839-6824
26                                       Facsimile:   (510) 839-7839

27                                       *Attorneys for Plaintiffs and the Proposed Class*

28

STIPULATION AND [PROPOSED] ORDER
                                         CONTINUING CERTAIN DATES,
                                         CASE NO.  05-5056 PJH

DATED: April 4, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____/s/ Roman M. Silberfeld
        Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

*Attorneys for Defendants Best Buy Co., Inc. and
Best Buy Stores, L.P.*

**[PROPOSED] ORDER**

Pursuant to Stipulation, the foregoing schedule is hereby approved.  IT IS SO ORDERED.

Dated:  _4/7/08_____

_____
UNITED STATES DISTRICT JUDGE

NO FURTHER CONTINUANCES
WILL BE PERMITTED.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
IT IS SO ORDERED
Judge Phyllis J. Hamilton

STIPULATION AND [PROPOSED] ORDER
CONTINUING CERTAIN DATES,
CASE NO.  05-5056 PJH