Bill Lann Lee (SBN 108452)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
Nina Wasow (SBN 242047)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile: 510-839-7839

*Additional Attorneys for Plaintiffs and the Proposed Class on Signature Page*

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
Benjamin M. Weiss (SBN 223163)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, AND SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendants. | Case No. C-05-5056 PJH (MEJ)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

WHEREAS, the Court has set a Case Management Conference in the above-captioned case for May 1, 2008;

WHEREAS, the parties have worked diligently to achieve significant progress in the case since the submission of the last case management statement;

WHEREAS, the parties have engaged in ongoing discovery, including Defendants' production of over fifteen million pages of documents to Plaintiffs and over fifty depositions conducted by the parties of both fact witnesses and corporate representatives pursuant to Fed. R. Civ. P. 30(b)(6);

WHEREAS, Plaintiffs have filed a Second Amended Complaint, which conforms allegations to the evidence to date and narrows the proposed class and the class claims;

WHEREAS, the parties have engaged in two private mediation sessions held on October 16, 2007 and March 11, 2007, and have scheduled an additional mediation session for May 20, 2008;

WHEREAS, Plaintiffs have served their expert reports with respect to class certification;

WHEREAS, Defendants have deposed one of Plaintiffs' experts and have scheduled the deposition of Plaintiffs' second expert for May 6, 2008;

WHEREAS, Plaintiffs will file their motion for class certification on August 27, 2008 and the Court will hear the motion on December 10, 2008;

WHEREAS, there are no outstanding issues for resolution by the Court and continuing the Case Management Conference until after the December 10, 2008 hearing on class certification will not prejudice the parties and will serve the goal of judicial economy and efficiency;

THEREFORE, the parties hereby stipulate and agree, and respectfully request that the

///

///

///

///

Court continue the Case Management Conference set for May 1, 2008 until after Plaintiffs' Motion for Class Certification has been heard on December 10, 2008.

DATED: April 18, 2008

LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.

By: /s/
Bill Lann Lee

Bill Lann Lee (SBN 108452)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
Nina Wasow (SBN 242047)
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile: 510-839-7839

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Clint J. Brayton (SBN 192214)
Nancy Park (SBN 236750)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Katherine M. Pollock (SBN 243500)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

Attorneys for Plaintiffs

DATED: April 18, 2008

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/
Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendants BEST BUY CO., INC. and BEST BUY STORES, L.P.

**[PROPOSED] ORDER**

Pursuant to Stipulation, it is so ORDERED,

DATED: April 21, 2008

PHYLLIS J. HAMILTON,
United States District Judge

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have holographic signatures on file.

DATED: April 18, 2008

By: /s/
Bill Lann Lee

Bill Lann Lee (SBN 108452)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
Nina Wasow (SBN 242047)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile: 510-839-7839