1  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
2  Katherine M. Pollock (SBN 243500)
   ALTSHULER BERZON LLP
3  177 Post St., Suite 300
   San Francisco, CA 94108
4  Telephone: 415-421-7151
   Facsimile: 415-362-8064
5
   *Additional Attorneys for Plaintiffs*
6  *and the Proposed Class on Signature Page*

7

   Roman M. Silberfeld (SBN 62783)
8  David Martinez (SBN 193183)
   Benjamin M. Weiss (SBN 223163)
9  ROBINS, KAPLAN, MILLER &
     CIRESI L.L.P.
10 2049 Century Park East, Suite 3700
   Los Angeles, CA  90067-3211
11 Telephone:  (310) 552-0130
   Facsimile:   (310) 229-5800
12
   *Attorneys for Defendants Best Buy Co.,*
13 *Inc. and Best Buy Stores, L.P.*

14

15                  UNITED STATES DISTRICT COURT

16                  NORTHERN DISTRICT OF CALIFORNIA

17                  SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 18  JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, 19  JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE 20  CALHOUN, NICHOLAS DIXON, AND SUSAN MYERS-SNYDER, on behalf of themselves and 21  all others similarly situated, | Case No.  C-05-5056 PJH (MEJ) CLASS ACTION STIPULATION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS |
| 22          Plaintiffs, | |
| 23     v. | |
| 24  BEST BUY CO., INC., and BEST BUY STORES, L.P. | |
| 25 | |
| 26          Defendants. | |

27

28

## **STIPULATION AND [PROPOSED] ORDER RE: REBUTTAL EXPERT REPORTS**

WHEREAS, the deadline for Plaintiffs' rebuttal statistical expert report(s) is June 10, 2008;

WHEREAS, the deadline for Plaintiffs' rebuttal social science expert report(s) is July 2, 2008;

WHEREAS, the deadline for Defendant's rebuttal statistical expert report(s) is July 10, 2008;

WHEREAS, the deadline for Defendant's rebuttal social science expert report(s) is July 30, 2008;

WHEREAS, the parties held the deposition of Plaintiffs' statistical expert on April 2, 2008; the deposition of Plaintiffs' social science expert on May 6, 2008; the deposition of Defendants' first statistical expert on May 22, 2008; and the deposition of Defendants' second statistical expert on May 30, 2008;

WHEREAS, the parties have scheduled the depositions of Defendants' four social science experts for June 12, 18, 20, and 27, 2008; and the rebuttal depositions of Plaintiff's experts for July 10 and 22, 2008;

WHEREAS, the parties require additional time for the preparation of rebuttal expert reports due to the timing and number of expert depositions;

WHEREAS, a short extension of the current deadlines for rebuttal expert reports will not affect the deadlines for class certification briefing or the date of the hearing on Plaintiffs' Motion for Class Certification, which is currently set for December 10, 2008 or such date as the Court finds convenient;

THEREFORE, the parties hereby stipulate and agree, and respectfully request that the Court order that the parties extend the deadlines for rebuttal expert reports only to the extent absolutely necessary:

1. The June 10, 2008 deadline for Plaintiffs' rebuttal statistical expert report(s) shall be extended to June 17, 2008.

2.  The July 2, 2008 deadline for Plaintiffs' rebuttal social science expert report(s) shall be extended to July 9, 2008.

3.  The July 10, 2008, deadline for Defendants' rebuttal statistical report(s) shall be extended to July 24, 2008.

4.  The July 30, 2008 deadline for Defendants' rebuttal social science expert report(s) shall be extended to August 6, 2008.

DATED: June 9, 2008                     ALTSHULER BERZON LLP

                                        By:  _____/s/ Eve H. Cervantez_____
                                                  Eve H. Cervantez

                                        James M. Finberg (SBN 114850)
                                        Eve H. Cervantez (SBN 164709)
                                        Katherine M. Pollock (SBN 243500)
                                        ALTSHULER BERZON LLP
                                        177 Post St., Suite 300
                                        San Francisco, CA 94108
                                        Telephone: 415-421-7151
                                        Facsimile: 415-362-8064

                                        Bill Lann Lee (SBN 108452)
                                        Vincent Cheng (SBN 230827)
                                        Lindsay Nako (SBN 239090)
                                        1330 Broadway, Suite 1800
                                        Oakland, CA 94612
                                        Telephone: 510-839-6824
                                        Facsimile: 510-839-7839

                                        Todd M. Schneider (SBN 158253)
                                        Guy B. Wallace (SBN 176151)
                                        Clint J. Brayton (SBN 192214)
                                        Nancy Park (SBN 236750)
                                        SCHNEIDER & WALLACE
                                        180 Montgomery Street, Suite 2000
                                        San Francisco, CA 94104
                                        Telephone: (415) 421-7100
                                        Facsimile: (415) 421-7105

|   |   |
|---|---|
|   | Kelly M. Dermody (SBN 171716) |
|   | Daniel M. Hutchinson (SBN 239458) |
|   | Barbra L. Williams (SBN 249967) |
|   | LIEFF, CABRASER, HEIMANN |
|   |     & BERNSTEIN, LLP |
|   | Embarcadero Center West |
|   | 275 Battery Street, 30th Floor |
|   | San Francisco, CA 94111-3339 |
|   | Telephone: (415) 956-1000 |
|   | Facsimile: (415) 956-1008 |

*Attorneys for Plaintiffs*

DATED: June 9, 2008                      **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: _____/s/ Roman M. Silberfeld_____
         Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
    CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

*Attorneys for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P.*

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is so ORDERED,

DATED: 6/16/08   _____

*IT IS SO ORDERED*
*/s/ PJH*
*Judge Phyllis J. Hamilton*
*UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA*