Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
Lisa L. Heller, LLHeller@rkmc.com (#126086)
David Martinez, DMartinez@rkmc.com (#193183)
Hernaldo J. Baltodano, HJBaltodano@rkmc.com (#222286)
Benjamin M. Weiss, BMWeiss@rkmc.com (#223163)
Sarinya Kaewdaunglek, SKaewdaunglek@rkmc.com (#233627)
Vincent S. Loh, VSLoh@rkmc.com (#238410)
Rebecka M. Biejo, RMBiejo@rkmc.com (#240504)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:    (310) 552-0130
Facsimile:    (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Melinda S. Riechert, MRiechert@morganlewis.com (#65504)
**MORGAN, LEWIS & BOCKIUS LLP**
300 Grand South Avenue, Suite 2200
Los Angeles, CA  90069
Telephone:    (213) 612-1015
Facsimile:    (213) 612-2501

Attorneys for Defendant,
BEST BUY STORES, L.P.
(erroneously sued as BEST BUY CO., INC.)

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendant. | Case No.  C 05-05056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER REGARDING DISCOVERY AND BRIEFING RE MOTION FOR CLASS CERTIFICATION**<br><br>Action filed:  December 8, 2005 |

60226592.1                                                                       STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

WHEREAS, at the July 10, 2008 Status Conference, the Court asked the parties to meet and confer and propose a revised discovery, briefing and hearing scheduling for Plaintiffs' Motion for Class Certification;

WHEREAS, the parties have met and conferred and have reached an agreement regarding a proposed schedule:

THEREFORE, the parties hereby stipulate to the following schedule, subject to approval by this Court:

| **EVENT** | **DATE** |
| --- | --- |
| Plaintiffs' Social Science Expert Rebuttal Report(s) | October 14, 2008 |
| Plaintiffs' Social Science Expert Deposition(s) | November 12-25, 2008 |
| Defendants' Social Science Expert Rebuttal Report(s) | December 22, 2008 |
| Defendants' Social Science Expert Deposition(s) | January 7-16, 2009 |
| Motion for Class Certification | February 11, 2009 |
| Opposition to Motion for Class Certification | April 8, 2009 |
| Reply ISO Motion for Class Certification | May 6, 2009 |
| Hearing on Motion for Class Certification | June 3, 2009 at 9:00 a.m. or any other date convenient to the Court |

DATED: September 4, 2008          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:     /s/ Roman Silberfeld
            Roman Silberfeld

Attorneys for Defendant,
BEST BUY STORES, L.P.
(erroneously sued as BEST BUY CO., INC.)

DATED: September 4, 2008 **ALTSHULER, BERZON LLP**

By: /s/ Eve H. Cervantez
Eve H. Cervantez

James M. Finberg, Esq.
Eve H. Cervantez, Esq.
Katherine M. Pollock, Esq.
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064

Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is so ORDERED.

DATED: 9/9/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton