**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JASMEN HOLLOWAY, et al.,                          No. C 05-5056 PJH (MEJ)

        Plaintiff(s),

  vs.                                         **ORDER RE CORPORATE OFFICER
                                                   DOCUMENT PRODUCTION**

BEST BUY CO., INC.,

        Defendant(s).

_____/

      The Court is in receipt of the parties' joint discovery dispute letter, filed November 14, 2008.

(Dkt. #132.)  In the letter, Plaintiffs seek documents from four of Defendant Best Buy's corporate

officers: Richard Schulze, Brad Anderson, Brian Dunn, and John Walden.  In response, Defendant

argues the any such production would be duplicative of prior production since the named individuals

"used or had access" to the "groupshare v: drives," and documents on the groupshare drives were

already reviewed and/or produced.  Upon review of the parties' letter, the Court ORDERS as

follows:

1)    Within ten days, Defendant shall serve a declaration upon Plaintiffs, attesting under penalty

      of perjury that all relevant documents from the four named officers have been served, and

      that no relevant documents exist that have not already been produced as part of the

      groupshare drives production; OR

2)    Within 21 days, Defendant shall produce all non-duplicative relevant documents from the

      files of the four named officers using the agreed-upon keyword search terms.

     **IT IS SO ORDERED.**

Dated: November 18, 2008

                               _____
                               MARIA-ELENA JAMES
                               United States Magistrate Judge