IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN HOLLOWAY, et al., | No. C 05-5056 PJH (MEJ) |
| Plaintiff(s), | |
| vs. | **ORDER RE DEPOSITION TRANSCRIPTS** |
| BEST BUY CO., INC., | |
| Defendant(s). | |

The Court is in receipt of the parties' joint discovery dispute letter, filed November 21, 2008. (Dkt. #134.) In the letter, Plaintiffs seek deposition transcripts related to Best Buy's 30(b)(6) witnesses and initial disclosure witnesses. Upon review of the parties' letter, the Court finds that Plaintiffs' request is relevant but overbroad. Accordingly, the Court ORDERS Best Buy to produce deposition transcripts for each person designated by Best Buy both as a witness in this lawsuit and as a witness in other class action and/or individual lawsuits involving gender, race, and/or national original discrimination claims against Best Buy at the retail level. Best Buy need not respond as to any wage-and-hour claims, nor need it produce any transcripts from discrimination cases outside the class definition. Best Buy shall produce the transcripts within 21 days.

**IT IS SO ORDERED.**

Dated: December 1, 2008

MARIA-ELENA JAMES
United States Magistrate Judge