Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
Lisa L. Heller, LLHeller@rkmc.com (#126086)
David Martinez, DMartinez@rkmc.com (#193183)
Benjamin M. Weiss, BMWeiss@rkmc.com (#223163)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:     (310) 552-0130
Facsimile:      (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Paul C. Evans, PEvans@morganlewis.com (*pro hac vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
300 Grand South Avenue, Suite 2200
Los Angeles, CA 90069
Telephone:     (213) 612-1015
Facsimile:      (213) 612-2501

Attorneys for Defendant,
BEST BUY STORES, L.P.
(erroneously sued as BEST BUY CO., INC.)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendant. | Case No.  C 05-05056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PRODUCTION OF DOCUMENTS FROM CORPORATE OFFICERS**<br><br>Action filed:  December 8, 2005 |

60234697.1

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

1.     WHEREAS, on November 18, 2008, the Court ordered Best Buy to produce "all non-duplicative relevant documents" from the files of John Walden, Brian Dunn, Brad Anderson and Richard Schulze by December 9, 2008;

2.     WHEREAS, Best Buy has represented to Plaintiffs that Best Buy immediately thereafter began efforts to collect and image the hard drives of the named executives;

3.     WHEREAS, Best Buy has represented to Plaintiffs that the holiday shopping season is the busiest time of the year for Best Buy and Best Buy actually goes into "retail freeze" mode to devote almost 100% of its resources to supporting the retail stores;

4.     WHEREAS, Best Buy has represented to Plaintiffs that the "retail freeze" will inevitably affect the timing of Best Buy's production;

5.     WHEREAS, Best Buy has represented to Plaintiffs that Best Buy has already obtained and is in the process of imaging three out of four available hard drives;

6.     WHEREAS, Best Buy has represented to Plaintiffs that Mr. Schulze's hard drive is currently in Florida and Best Buy is making all necessary arrangements to image it;

7.     WHEREAS, before Best Buy can begin producing documents, the data obtained from the hard drives must be filtered using the agreed-upon keyword search terms pursuant to the Court's November 18 Order;

8.     WHEREAS, Best Buy has represented to Plaintiffs that before Best Buy can begin producing documents, the data obtained from the hard drives must be uploaded to its e-discovery vendor and de-duped so the parties avoid reviewing duplicate documents already produced in this case;

9.     WHEREAS, before Best Buy can begin producing documents, they must be reviewed and marked for responsiveness and privilege issues;

10.     WHEREAS, Best Buy has represented to Plaintiffs that although Best Buy does not yet know the volume of data at issue, unless it grossly exceeds expectations, Best Buy believes it can begin a rolling production and finish by January 9, 2009;

///

///

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

THEREFORE, the parties hereby stipulate to the following:

1. Best Buy shall inform Plaintiffs as soon as possible as to the anticipated volume of documents from the hard drives at issue;

2. Best Buy shall begin a rolling production as soon as technologically possible;

3. Best Buy shall keep Plaintiffs informed as to the status and progress of its review and production of documents from these hard drives;

4. Best Buy shall complete the production of documents in accordance with the Court's November 18, 2008 Order no later than January 9, 2009.

DATED: December 8, 2008  **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: /s/ Lisa Heller
    Lisa Heller

**ATTORNEYS FOR DEFENDANTS
BEST BUY CO., INC. and
BEST BUY STORES, L.P.**

DATED: December 8, 2008  **ALTSHULER BERZON, LLP**

By: /s/ Eve H. Cervantez
    Eve H. Cervantez

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON, LLP
177 Post Street
#300
San Francisco, CA 94108
Telephone: (415) 421-7151
Facsimile: (415) 362-8064
Email: ecervantez@altber.com

Attorneys for Plaintiffs

## [PROPOSED] ORDER

Pursuant to Stipulation, it is hereby ORDERED that Best Buy shall begin a rolling production of documents falling within the scope of the Court's November 18, 2008 Order as soon as technologically possible. Best Buy shall keep Plaintiffs informed as to the volume and progress of its review and production. Best Buy shall finish its production of these documents no later than January 9, 2009.

DATED: December 9, 2008 _____

MARIA ELENA JAMES,
United States Magistrate Judge

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES