UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON, and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC. and BEST BUY STORES, L.P.,<br><br>Defendants. | Case No. C-05-5056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LIMIT RE: JOINT LETTER SUBMISSION**<br><br>Action filed:  December 8, 2005 |

1. WHEREAS, the parties have a dispute concerning Plaintiffs' First Set of Requests for Production of Documents, Request No. 15 and Ninth Set of Requests for Production of Documents, Request No. 2;

2. WHEREAS, after meeting and concurring, the parties remain unable to resolve this dispute;

3. WHEREAS, the parties have jointly drafted a letter setting forth the unresolved dispute, pertinent factual background, and legal authority supporting their respective positions;

4. WHEREAS, in order sufficiently to address these issues, the parties' joint letter exceeds the five-page limit set forth in Paragraph 3 of this Court's Standing Order Re: Discovery and Dispute Procedures;

THEREFORE, the parties hereby stipulate to the following, and request that the Court so order:

1. The parties may file a joint letter concerning this dispute not to exceed 10 pages.

Dated: December 29, 2008                    ALTSHULER BERZON LLP

                                            By:   /s/ Eve H. Cervantez
                                                  Eve H. Cervantez

                                            James M. Finberg (SBN 114850)
                                            Eve H. Cervantez (SBN 164709)
                                            Jamie L. Crook (SBN 245757)
                                            ALTSHULER BERZON LLP
                                            177 Post St., Suite 300
                                            San Francisco, CA 94108
                                            Telephone: 415-421-7151
                                            Facsimile: 415-362-8064

                                            Bill Lann Lee (SBN 108452)
                                            Vincent Cheng (SBN 230827)
                                            Lindsay Nako (SBN 239090)
                                            LEWIS, FEINBERG, LEE, RENAKER & JACKSON
                                            1330 Broadway, Suite 1800
                                            Oakland, CA 94612
                                            Telephone: 510-839-6824
                                            Facsimile:  510-839-7839

| | |
|---|---|
| 1 | Todd M. Schneider (SBN 158253) |
| 2 | Guy B. Wallace (SBN 176151) |
| | Clint J. Brayton (SBN 192214) |
| 3 | Nancy Park (SBN 236750) |
| | SCHNEIDER & WALLACE |
| 4 | 180 Montgomery Street, Suite 2000 |
| | San Francisco, CA 94104 |
| 5 | Telephone: (415) 421-7100 |
| | Facsimile: (415) 421-7105 |

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN
 & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008

*Attorneys for Plaintiffs*

Dated: December 29, 2008              **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By: ___/s/ Lisa L. Heller___
       Lisa L. Heller

Roman M. Silberfeld, Bar No. 62783
Lisa L. Heller, Bar No. 126086
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

George A. Stohner, Bar No. 214508
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA 90071-3132
Telephone: (213) 612-2500
Facsimile: (213) 612-2501

*Attorneys for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P.*

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | Pursuant to the parties' stipulation, it is hereby ORDERED. |

Dated: January 6, 2009 _____
_____
MARIA ELENA JAMES
United States Magistrate Judge