UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO / OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC. and BEST BUY STORES, L.P.,<br><br>        Defendants. | Case No. C-05-5056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING EXTENSION OF PAGE LIMIT RE: CLASS CERTIFICATION BRIEFING**<br><br>Action filed:  December 8, 2005 |

1. WHEREAS, in an order dated September 9, 2008 (Doc. 131), the Court approved the parties' agreement to the following briefing schedule for Plaintiffs' motion for class certification: Plaintiffs will file their motion for class certification on or before February 11, 2009; Defendants will file their opposition to Plaintiffs' motion for class certification on or before April 11, 2009; and Plaintiffs will file their reply to Defendants' opposition on or before May 6, 2009;

2. WHEREAS, Local Rule 7-2(b) limits the total number of pages for a notice of motion and memorandum of points and authorities in support thereof to 25 pages of text, and Local Rule 7-4(b) limits the total number of pages for an opposition to a motion to 25 pages of text and limits the total number of pages for a reply to an opposition to 15 pages of text;

3. WHEREAS, Plaintiffs seek certification on behalf of a class alleging claims under Title VII, 42 U.S.C. § 2000e *et seq.*; 42 U.S.C. § 1981; and California's Fair Employment and Housing Act, Cal. Gov't Code § 12940 *et seq.*;

4. WHEREAS, the parties have met and conferred and anticipate that in order adequately to brief the factual and legal issues pertinent to this motion, it is necessary to request the Court's permission to exceed the page limits established in Local Rules 7-2(b) and 7-4(b);

THEREFORE, the parties hereby stipulate to the following, and request that the Court so order:

1. Plaintiffs may file a notice of motion for class certification and memorandum of points and authorities in support thereof not to exceed ~~45~~ 35 pages, on or before February 11, 2009;

2. Defendants may file an opposition to Plaintiffs' motion for class certification not to exceed ~~45~~ 35 pages, on or before April 11, 2009; and

3. Plaintiffs may file a reply to Defendants' opposition not to exceed ~~25~~ 20 pages, on or before May 6, 2009.

| | | |
|---|---|---|
| Dated: January 30, 2009 | | ALTSHULER BERZON LLP |

By:  /s/ Eve H. Cervantez
     Eve H. Cervantez

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Bill Lann Lee (SBN 108452)
Lindsay Nako (SBN 239090)
Angelica K. Jongco (SBN 244374)
LEWIS, FEINBERG, LEE, RENAKER & JACKSON
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile:  510-839-7839

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Clint J. Brayton (SBN 192214)
Nancy Park (SBN 236750)
Naomi Sunshine (SBN 244094)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN
   & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs*

Dated: January 30, 2009      ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By:  /s/ Roman M. Silberfeld
     Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783

- 2 -

STIP & [PROPOSED] ORDER RE:  EXTENSION OF PAGE LIMIT RE: CLASS CERTIFICATION BRIEFING
CASE NO. C-05-5056 PJH (MEJ)

1  Lisa L. Heller, Bar No. 126086
   David Martinez, Bar No. 193183
2  Benjamin M. Weiss, Bar No. 223163
   ROBINS, KAPLAN, MILLER &
3    CIRESI L.L.P.
   2049 Century Park East, Suite 3700
4  Los Angeles, CA  90067-3211
   Telephone:  (310) 552-0130
5  Facsimile:   (310) 229-5800

6  George A. Stohner, Bar No. 214508
   MORGAN, LEWIS & BOCKIUS, LLP
7  300 South Grand Avenue, 22nd Floor
   Los Angeles, CA  90071-3132
8  Telephone: (213) 612-2500
   Facsimile: (213) 612-2501

9
   *Attorneys for Defendants Best Buy Co., Inc.*
10 *and Best Buy Stores, L.P.*

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, ~~it is hereby ORDERED~~ as modified, it is hereby ORDERED.

Opening briefs not to exceed 35 pages, opposition briefs not to exceed 35 pages, reply briefs not to exceed 20 pages.

Dated: __2/3/09_____    _____
PHYLLIS J. HAMILTON
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*