ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendant. | Case No.  C 05-05056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING PRESERVATION OF DOCUMENTS AND ELECTRONIC MEDIA**<br><br>Action filed:  December 8, 2005 |

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

1.    WHEREAS, the parties have engaged in substantial meet and confer efforts regarding Best Buy's ongoing preservation of documents and media, and have agreed that Best Buy can scale back certain duplicative and/or unnecessary preservation efforts, as more fully detailed herein;

### 44 Back-Up Tapes

2.    WHEREAS, on or about October, 2006, in the course of this litigation, Best Buy copied 44 back-up tapes (hereinafter "44 back-up tapes") of electronic media that comprises over 18 terabytes of materials;

3.    WHEREAS, Best Buy continues to store this information at significant cost;

4.    WHEREAS, exact copies of the 44 back-up tapes were subsequently provided to Best Buy's document management vendor, Kroll, who has retained custody thereof;

5.    WHEREAS, it is therefore unnecessary and wasteful for Best Buy to continue storing the 44 back-up tapes;

### Ongoing Preservation of Electronic Media

6.    WHEREAS, in the course of discovery, Best Buy has continuously backed up its emails systems, at the cost of $2,000 per day;

7.    WHEREAS, Best Buy has implemented a document retention system (hereinafter "RISS") that automatically preserves electronic media for corporate personnel enrolled in the RISS system; WHEREAS, all custodians identified to date as having potentially relevant information in this litigation have been enrolled in the RISS system; WHEREAS, Best Buy shall comply with its legal obligations to enroll any additional custodians who may have potentially relevant information;

8.    WHEREAS, RISS automatically backs up email and stores it into an archiving database;

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

- 1 -

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

9.     WHEREAS, RISS backs up electronic media consisting of common documents (such as .txt, .pdf, .doc, and .ppt) contained either in groupshare drives ("V-Drive"), personal directories or as attachments to emails;

10.    WHEREAS, for personal directories, all documents that were not modified in the prior 30 days are archived on a weekly basis;

11.    WHEREAS, for groupshare V-Drives, all documents that were not modified within the prior 18 months are archived on a monthly basis;

12.    WHEREAS a litigation hold has been and remains in place for all custodians identified as having potentially relevant information in this litigation;

13.    WHEREAS, the RISS archive system is more economical than the current back-up efforts;

14.    WHEREAS the RISS archive system is also more efficient than the 44 back-up tapes because the archives are searchable;

15.    WHEREAS, it is therefore unnecessary and wasteful to continue backing up information, other than through the RISS archive system for custodians identified by Plaintiffs, as set forth above;

**Best Buy's Document Preservation Policy**

16.    WHEREAS, Best Buy will continue to observe its internal document retention policy as set forth in the attached Exhibit "A".

**Personnel Files and Store Level Information**

17.    WHEREAS, during the course of discovery, Best Buy has placed a litigation hold on hard copy documents from its retail stores;

18.    WHEREAS, Best Buy's document destruction policy calls for destruction of personnel files within 7 years after an employee leaves Best Buy;

19.    WHEREAS, the putative class period in this case commenced on January 1, 2001;

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

20.     WHEREAS, notwithstanding its document destruction policy, Best Buy will continue to preserve hard copy documents from its retail stores going back to January 1, 2001, but may dispose of all files prior to that date.

### Use of Information From 44 Back-Up Tapes

21.     WHEREAS, if Best Buy conducts any search of the 44 back-up tapes, it will immediately inform Plaintiffs' counsel that it has searched the back-up tapes.  Specifically, Best Buy will identify what searches were run and whether those searches located responsive documents. Nothing in this paragraph will be deemed to waive Best Buy's work product privilege.  In response Plaintiffs may request that additional searches be performed on the back up tape material.  If Best Buy locates responsive documents as a result of any search of the back-up tape material, it will immediately produce said documents, as well as inform Plaintiffs' counsel of the searches used in locating said documents.

THEREFORE, the parties hereby stipulate to the following, and request that the Court so Order:

### 44 Back-Up Tapes

1.     Best Buy may dispose of the 44 back-up tapes as of the date this Stipulation and [Proposed] Order is signed by the Court;

### Ongoing Preservation of Electronic Media

2.     Except as provided for pursuant to Best Buy's RISS system described above, Best Buy may dispose of additional tapes backing up its email systems and shall have no further obligation to continue generating back up tapes;

### Best Buy's Document Preservation Policy

3.     Best Buy will continue to observe its internal document retention policy as set forth in the attached Exhibit "A", except for hard copy documents from its retail stores as set forth in Paragraph 4, *infra*;

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

**Personnel Files and Store Level Information**

4.      Notwithstanding Best Buy's document destruction policy, Best Buy will continue to preserve personnel files from its retail stores going back to January 1, 2001.  All other retail store documents may be destroyed in accordance with the policies set forth in Exhibit "A"; and

**Use of Information From 44 Back-Up Tapes**

5.      If Best Buy conducts any search of the 44 back-up tapes, it will immediately inform Plaintiffs' counsel that it has searched the back-up tapes.  Specifically, Best Buy will identify what searches were run and whether those searches located responsive documents.  Nothing in this paragraph will be deemed to waive Best Buy's work product privilege.  In response Plaintiffs may request that additional searches be performed on the back up tape material.  If Best Buy locates responsive documents as a result of any search of the back-up tape material, it will immediately produce said documents, as well as inform Plaintiffs' counsel of the searches used in locating said documents.

Dated:  February 12, 2009

**SCHNEIDER & WALLACE**

By:   /S/ Todd M. Schneider
       Todd M. Schneider

James M. Finberg (SBN 114850)
Eve H. Cervantez (SBN 164709)
Jamie L. Crook (SBN 245757)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Bill Lann Lee (SBN 108452)
Vincent Cheng (SBN 230827)
Lindsay Nako (SBN 239090)
LEWIS, FEINBERG, LEE, RENAKER &
    JACKSON
1330 Broadway, Suite 1800
Oakland, CA  94612
Telephone:  (510) 839-6824
Facsimile:  (510) 839-7839

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Clint J. Brayton (SBN 192214)
Nancy Park (SBN 236750)
SCHNEIDER & WALLACE

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

180 Montgomery Street, Suite 2000
San Francisco, CA  94104
Telephone:      (415) 421-7100
Facsimile:       (415) 421-7105

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN &
     BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

*Attorneys for Plaintiffs*

Dated: February 12, 2009

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /S/ Roman M. Silberfeld
          Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
Lisa L. Heller, Bar No. 126086
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner (SBN 214508)
Paul Evans (pro hac vice)
MORGAN, LEWIS & BOCKIUS, LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

*Attorneys for Defendants Best Buy Co., Inc. and
Best Buy Stores, L.P.*

- 5 -

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

**[~~PROPOSED~~] ORDER**

Pursuant to Stipulation, it is hereby ORDERED.

DATED:   2/19/09  _____                _____



PHYLLIS J. HAMILTON

IT IS SO ORDERED

Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER

C 05-05056 PJH

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Exhibit A

# BEST BUY CO., INC.
## Records Retention Policy

**A. Policy Summary:**

Best Buy Co., Inc. and its subsidiaries ("Company," "Best Buy" or "Best Buy Enterprise") will comply with all statutes and regulations regarding the retention of Company records. Records will be maintained in a secure and orderly fashion during the retention period. Records will be destroyed in a timely and consistent manner.

**B. Purpose:**

The purpose of this policy is to:

B.1 Foster the protection and accessibility of required Company records
B.2 Reduce legal liability risk to the Company
B.3 Help drive efficiencies in administration of Company records

**C. Scope:**

This policy applies to Best Buy Co, Inc. and its subsidiaries.

**D. Policy Requirements:**

All departments within the Best Buy Enterprise shall comply with the following practices:

**D.1 Retention Periods: Except in circumstances described in /D.2 below,** the retention periods set forth in the Records Retention Schedule attached to this policy shall be the guidelines for the maintenance of Company records. In addition, managers, supervisors and vice presidents should exercise sound business judgment when considering the best format and procedures for records retention within their area of responsibility consistent with the intent of this policy. Questions may be referred to the Legal Department.

**D.2 Exceptions to Retention Period:** Records which relate to a dispute (initiated by or against Best Buy), pending claims or pending litigation, litigation in progress, pending regulatory agency investigation, or regulatory agency investigation in progress, must not be destroyed but should be retained (even beyond the retention period) until complete resolution of the matter and advised by legal counsel that retention is no longer necessary. Legal counsel will advise personnel of any current litigation or regulatory agency investigation of which it is aware and will instruct that relevant records not be destroyed. In addition, all personnel must retain records (even beyond the retention period) if they have knowledge of, or are informed about, any of the foregoing circumstances.

All records related to the business of The Musicland Group, Inc. and any of its subsidiaries (including Suncoast, Media Play, On Cue, and Sam Goody) which were not transferred to The Musicland Group, Inc. at or after the sale of The Musicland Group, Inc. must be preserved until the later of (a) June 15, 2009 or (b) the date required by applicable law.

**D.3 Supporting Procedures:** Directors (or equivalent) will assign records retention responsibility to specific individual(s). Individuals with record retention responsibilities will implement supporting procedures to store Company records in accordance with this policy. Supporting procedures must be documented.

**D.3 Inventory:** Individuals with record retention responsibilities will maintain an inventory of Company records retained per this policy. At a minimum, the lists will include document title



BBSLP3645

# BEST BUY CO., INC.
## Records Retention Policy

and description, source (system, outside source, department name), storage method, location, retention period and destruction procedures.

**D.4** Off-Site Storage: An inventory of records stored by third parties or in remote locations will be maintained and updated at least annually. Visits to off-site storage are recommended annually to inspect a sample of documents and ensure documents are being maintained securely.

**D.5** Readability/Archive Accessibility: Electronically stored financial records, retained to meet the requirements of this policy, must be made accessible to their department of origin in a readable format.

**D.6** Security: Best Buy records are Company assets and will be handled with appropriate confidentiality, care and respect, while guarding against waste and abuse. For more see:
Best Buy Code of Business Ethics: Information Disclosure Policy
Best Buy IS Information Security Policy
Best Buy IS Acceptable Usage Policies
Best Buy Finance SOP – Financial System Security Policy

**D.7** Destruction of Records: Records exceeding their designated retention period should be destroyed periodically (recommended annually) unless exceptions apply.

## E. Responsibilities:

**E.1** *All Employees (non-management)* – Employees are responsible for understanding the requirements of their position and their personal actions required for Company financial records retention.

**E.2** *All Managers/Directors/VP's* – Managers, Directors and VP's are responsible for understanding and carrying out Company records retention requirements relating to the areas they manage.
**E.2.1.** *Direct supervisors of Employees with Company Records Retention Responsibilities* – Direct supervisors of employees with records retention responsibilities must oversee a complete transition of record retention tasks as employees involved in records retention practices change jobs or job responsibilities.

## F. Measurement
The internal audit department will monitor the execution of this policy from time to time as it deems necessary and appropriate and will seek input and advice from the Legal Department and department managers, directors and vice presidents as appropriate.

## G. Policy Sponsor

The Policy sponsor is the Best Buy Legal Department. Questions concerning this policy may be directed to the Legal Department or the Internal Audit Department.

## H. History
**G.1** Effective Date: February 2003
**G.2** Revision History:
- March 18, 2004, revision to Section D.2

BBSLP3646

# BEST BUY CO., INC.

## Records Retention Policy

None

BBSLP3647

# BEST BUY CO., INC.
## *Records Retention Policy*

### RECORDS RETENTION SCHEDULE

### RETENTION PERIOD

**ACCOUNTING RECORDS**
*(from fiscal year-end of related document, unless otherwise noted)*

| | |
|---|---|
| Accounts payable | 7 years |
| Accounts receivable | 7 years |
| Audit Reports, Internal | 7 years |
| Audit Reports, External | P |
| Budget, final operating | 7 |
| Budget operating workpapers | 2 years |
| Chart of accounts | 7 years |
| Expense records | 7 years |
| Fixed Asset records | 7 years |
| Annual Financial statements | 7 years |
| General Ledger | 7 years |
| Inventory records | 7 years |
| Loan payment schedules | 7 years |
| Purchase orders | 7 years |
| Sales records | 7 years |
| Tax returns | 7 years (from date of filing) |
| Unclaimed Property Reports | 7 years (from date of filing) |
| Internal Executive Reports | 5 years |

**BANK RECORDS**

| | |
|---|---|
| Bank reconciliations | 3 years |
| Bank statements | 7 years |
| Electronic payment records | 7 years |

**CORPORATE RECORDS**

| | |
|---|---|
| Annual Reports (filed with Secretary of States) | 7 years |
| Business licenses | Life + 4 years after store closes |
| Company policies and procedures | P (including those no longer in effect) |
| Contracts | Life + 6 years |
| Minutes of meetings of Board of Directors and Special Committees of the Board | Permanent |

**EMPLOYEE RECORDS**

| | |
|---|---|
| Employment taxes | 7 years |
| Payroll records | 7 years |

BBSLP3648

# BEST BUY CO., INC.

## *Records Retention Policy*

**ATTENTION EMPLOYEES: THIS IS VERSION 1 OF THE RETENTION SCHEDULE. CERTAIN CATEGORIES AND DOCUMENTS ARE YET TO BE ADDED TO THIS SCHEDULE.   PLEASE REVIEW AND CONTACT THE LEGAL DEPARTMENT IF YOU HAVE ADDITIONAL CATEGORIES AND/OR DOCUMENTS THAT SHOULD BE ADDED TO THIS SCHEDULE.  THANK YOU.**

## RETENTION PERIOD

### MARKETING, MERCHANTS, BUYERS

| | |
|---|---|
| SKU attributes (electronic or otherwise)<br>Prepared internally | Store life + 4 years |
| Vendor catalogs | Life + 6 years |
| Vendor program agreements (price<br>Protection, MDF agreements, returns,<br>freight allowances, stock balancing/rotation,<br>volume rebates, new store allowances, coop<br>advertising/merchandising funds, etc.) | Life  + 6 years |

### REAL PROPERTY RECORDS

| | |
|---|---|
| Lease payment records | Life of Lease + 4 years |
| Real estate purchases | Ownership period + 7 years |

### RETAIL STORE RECORDS (PLEASE GO TO THE LINKS BELOW)

### RISK MANAGEMENT

| | |
|---|---|
| Certificates of Insurance issued to Company | Permanent |
| Insurance Policies | Permanent |
| Insurance Claims – Workers Compensation | Permanent |
| Insurance Claims – Non-Worker Compensation | 10 |
| Insurance – Financial Records | 10 |

### SERVICE CLAIMS

| | |
|---|---|
| Warranty vendor payment records | 2 years following vendor payment date |
| Write-off backup documentation<br>(vendor warranty claims) | 1 year following warranty repair<br>completion date |
| Field Service Work Orders | 2 years following repair completion date |
| Product Service Agreement | Life + 6 years |

BBSLP3649

# BEST BUY CO., INC.
## Records Retention Policy

### SECURITIES RECORDS

| | |
|---|---|
| Annual Reports (10-K and glossy) | Permanent |
| Board and Committee minutes | Permanent |
| Bonds, Debentures | Permanent |
| Dividends | 10 |
| Elections | Permanent |
| Securities listing applications | Permanent |
| Stock certificates, warrant certificates | Permanent |
| Canceled stock certificates and warrants | Permanent |
| Ledgers and registers | Permanent |
| Options, before and after expiration | Permanent |
| Registration Statements | Permanent |
| SEC filings (10-Q, 8-K, tender offers, etc.) | Permanent |
| Investments (closing documents) | Permanent |
| Purchases & sales of securities | Permanent |
| Specimens | Permanent |
| Splits | Permanent |
| Stock transfer journals | Permanent |
| Treasury | Permanent |

BBSLP3650

Additional Resources: Record Retention Policy
Print Updated: 04/08/2005 4:00:57 PM

PRINT     CLOSE

- The Record Retention Policy outlines specific policies regarding the storage and retention of various paperwork.
- Stores generate an immense amount of paper records each month, some of which are not needed in the future. Other records must be stored for legal reasons.
- Storing records in a standard method allows the store to easily locate documents and it prevents waste of valuable storage space.
- Best Buy's record retention policy only includes guidelines for documents that stores are required to keep. Many other documents that are used in the store may not be included in the policy; this indicates that the store is not required to keep those documents on file.
- Documents which contain customer information or confidential Best Buy information must be shredded.

## Storage/Disposal

- In some cases, stores need to transfer documents from short-term storage areas (such as hanging files) to long-term storage areas (such as banker's boxes). When necessary to move documents to long-term storage, ensure the boxes are accessible and clearly labeled with contents, dates of records, and retention period (disposal date).
  Note: Documents must be easily accessible for three months before they can be transferred to long-term storage. During these three months, the documents must be accessible for store assessments and research purposes.
- Label all files with the proper retention guideline. This allows file users to purge expired paperwork on a regular basis.
- Dispose of confidential documents or documents containing any customer information in a discreet, confidential manner. Use the locked bins provided by the document destruction contractor. The pickup and destruction of materials is scheduled at four-, six-, or eight-week intervals, depending on the volume of materials requiring destruction. If a pickup is required outside the store's regular schedule, contact the document destruction contractor at 877-450-6287, and a pickup will be scheduled within 48 hours.

BBSLP3651

Att. Human Resources: Record Retention Policy – Service Center / In Home

PRINT   CLOSE

- The Record Retention Policy outlines specific policies regarding the storage and retention of paperwork.
- Service Centers generate an immense amount of paper records each month, some of which are not needed in the future. Other records must be stored for legal reasons.
- Storing records in a standard method allows the Service Center to easily locate documents and it prevents waste of valuable storage space.
- Best Buy's record retention policy only includes guidelines for documents that Service Centers are required to keep. Many other documents that are used in the Service Center may not be included in the policy; this indicates that the Service Center is not required to keep those documents on file.

Storage/Disposal

- In some cases, Service Centers need to transfer documents from short-term storage areas (such as hanging files) to long-term storage areas (such as banker's boxes). When necessary to move documents to long-term storage, ensure the boxes are accessible and clearly labeled with contents and dates.

   Note: Documents must be retained longer than three months before they can be transferred to long-term storage. Prior to three months, the documents must be accessible for Service Center assessments.
- Label all files with the proper retention guideline. This allows file users to purge expired paperwork on a regular basis.
- Dispose of confidential documents in a discreet, confidential manner. Use the locked bins provided by the document destruction contractor. The pickup and destruction of materials is scheduled at four-, six-, or eight-week intervals, depending on the volume of materials requiring destruction. If a pickup is required outside the Service Center's regular schedule, contact the document destruction contractor at 877-450-6287, and a pickup will be scheduled within 48 hours.

BBSLP3652

Additional Resources/Record Retention Policy – Stores with Customer
Contact Manager
Last Updated: 04/19/2005 5:33:05 PM

PRINT    CLOSE

- The Record Retention Policy outlines specific policies regarding the storage and retention of various paperwork.
- Stores generate an immense amount of paper records each month, some of which are not needed in the future. Other records must be stored for legal reasons.
- Storing records in a standard method allows the store to easily locate documents and it prevents waste of valuable storage space.
- Best Buy's record retention policy only includes guidelines for documents that stores are required to keep. Many other documents that are used in the store may not be included in the policy; this indicates that the store is not required to keep those documents on file.
- Documents which contain customer information or confidential Best Buy information must be shredded.

Storage/Disposal

- In some cases, stores need to transfer documents from short-term storage areas (such as hanging files) to long-term storage areas (such as banker's boxes). When necessary to move documents to long-term storage, ensure the boxes are accessible and clearly labeled with contents, dates of records, and retention period (disposal date).
  Note: Documents must be easily accessible for three months before they can be transferred to long-term storage. During these three months, the documents must be accessible for store assessments and research purposes.
- Label all files with the proper retention guideline. This allows file users to purge expired paperwork on a regular basis.
- Dispose of confidential documents or documents containing any customer information in a discreet, confidential manner. Use the locked bins provided by the document destruction contractor. The pickup and destruction of materials is scheduled at four-, six-, or eight-week intervals, depending on the volume of materials requiring destruction. If a pickup is required outside the store's regular schedule, contact the document destruction contractor at 877-450-6287, and a pickup will be scheduled within 48 hours.

BBSLP3653

# Record Retention Policy

| Report Name | RQS ID | Long Term Storage Method | Retention Period | Comments |
|---|---|---|---|---|
| Acknowledgement of Work Restrictions | NA | Hanging file in locked file cabinet | Employment period | Keep in Employee Injury file. |
| Armored Car/deposit log book | NA | Bankers box by month | Six months | |
| Automobile Accident or Loss Notice Form | NA | Bankers box by month | Three years to six years | Minnesota stores must keep for six years, all other states three years. Documents must be shredded at the end of the retention period. |
| Back Office Security Audit | NA | Bankers box by month | One year | |
| Bank deposit tickets | NA | Bankers box by month | Six months | Attach to Cash and Check Worksheet. |
| Best Buy Credit Application Report | S04S101A | Bankers box by month | One year | Mail all applications to the bank. Documents must be shredded at the end of the retention period. |
| Best Buy Property Loss Report | NA | Hanging file | One year | Documents must be shredded at the end of the retention period. |
| Big Joe checklist | NA | Bankers box by month | Three years to six years | Minnesota stores must keep for six years, all other states three years. Documents must be shredded at the end of the retention period. |
| Business Account Sales Report | S04S102A | Bankers box by month | Six months | Documents must be shredded at the end of the retention period. |
| Cash and Check Worksheet | NA | Bankers box by month | Six months | Attach Bank deposit tickets, Store Accounting Total Recap, Over/Short Checklist. |
| Checklist for Employee Injuries | NA | Hanging file in locked file cabinet | Employment period | Keep in Employee Injury file. |
| Credit Card Settlement Transmittal | S04S057B | Bankers box by month | Six months | Attach credit card receipts. Documents must be shredded at the end of the retention period, including credit card receipts. |
| Credit Card Signature Capture Report | S04S050A | Bankers box by month | Six months | |
| Customer Claims Reporting Form (Mobile or Retail) | NA | Hanging file | Three years to six years | Minnesota stores must keep for six years, all other states to six years. Documents must be shredded at the end of the retention period. |
| Customer Mobile Installation Damage Release | NA | Bankers box by month | Three years to six years | Minnesota stores must keep for six years, all other states three years. Documents must be shredded at the end of the retention period. |
| Customer Order Activity Report | 106S322A | Bankers box by month | One year | Documents must be shredded at the end of the retention period. |
| Customer Order Claim Check/STAR Exchanges | NA | A-Z file by month / Bankers box by month | Two CPI periods | Documents must be shredded at the end of the retention period. |
| Customer Order Claim Check/STAR/Service Order | NA | Bankers box by month | Three years | Documents must be shredded at the end of the retention period. |
| Cycle Physical Inventory Variances Report | NA | Hanging file | Two CPI periods | Attach all physical inventory documentation (includes maps, control tags, audit logs, range check reports, final summary reports, inventory area tags, etc.). See the Post Cycle Physical Inventory (CPI) topic of SOP Online for a complete list. |

Last updated 12-14-2004

BBSLP3654

# Record Retention Policy

| Report Name | RDS ID | Long Term Storage Method | Retention Period | Comments |
|---|---|---|---|---|
| Daily Cash In/Out Receipts | S04S120A | Bankers box by month | Six months | Documents must be shredded at the end of the stated retention period. |
| Daily Media Packet Checklist - 6 Months | | Bankers box by month | Six months | File with Daily Media Packet items |
| Daily Media Packet Checklist - 12 Months | | Bankers box by month | One year | File with Daily Media Packet items |
| Daily Negative Quantity Report | I050J27V | Hanging file | One year | |
| Daily Off Backorder Report by Selling Location | I04P176A | Bankers box by month | One year | |
| Daily Receiving Report | I01U235D | Hanging file by month | One year | |
| Daily Returns Exception Report | S01S151A | Bankers box by month | One year | |
| Daily Shipping Report | I02U024D | Hanging file by month | One year | Attach daily exception/cancel worksheets |
| Daily Vendor Coupon Redemption Report | S01S111A | Bankers box by month | Six months | |
| DC Bill of Lading/packing list | NA | Hanging file by month | One year | |
| DDC manifest/bill of lading | NA | Hanging file | One year | Metro storage only - Documents must be shredded at the end of the stated retention period |
| DOT paperwork (outstate only): | NA | Hanging file | One month | Submit to Corporate Transportation by the 10th of each month |
| Driver's Daily Logs/Driver Duty Status Logs | NA | Driver's Daily Logs/Driver Duty Status Logs File | Six months | |
| Driver's logsheet/MDF (outstate) | NA | Hanging file | CPI to CPI | |
| Driver's Manifesis | NA | Driver's Manifest File | CPI to CPI | Documents must be shredded at the end of the retention period |
| Driver's Vehicle Inspection Reports | NA | Driver's Manifest File | Three months | |
| Employee file | NA | Hanging file in locked file cabinet | Employment period | File is sent to regional office at conclusion of employment |
| Employee Injury file | NA | Hanging file in locked file cabinet | Employment period | Keep separate than standard employee file. File is sent to regional office at conclusion of employment. |
| Employee red medical file | NA | Hanging file in locked file cabinet | Employment period | Keep separate from standard employee file. File is sent to reg. office at conclusion of employment. |
| Employee Transaction Report | S04S007A | Bankers box by month | One year | Documents must be shredded at the end of the retention period. |
| Employment applications (not hires) | NA | Bankers box | One year to two years | California stores must keep for two years. All other stores for one year. Documents must be shredded at the end of the retention per... |

2

Last Updated 10-18-05.

## Record Retention Policy

| Report Name | RDS ID | Long Term Storage Method | Retention Period | Comments |
|---|---|---|---|---|
| Entertainment Software Returns Report (Full Sheet) | NA | Bankers box by month | CPI to CPI | |
| Financing Plan Change Form | N/A | Bankers box by month | Six months | |
| Form B300 (copy) | NA | Bankers box by month | Six months | Documents must be shredded at the end of the retention period. |
| Geek Squad Business Account Sales Receipts | NA | Bankers box by month | One year | Documents must be shredded at the end of the retention period. |
| Geek Squad Official Service Form | NA | Bankers box by month | Three years | Documents must be shredded at the end of the retention period. |
| Gross Earnings Report | NA | Hanging file in locked file cabinet | Six months | Confidential. Documents must be shredded at the end of the retention period. |
| Home Delivery Order Change Report | 104S5240A | Hanging file | CPI to CPI | Documents must be shredded at the end of the retention period. |
| Invalid Slot Report | NA | Bankers box by month | One year | |
| Inventory Adjustment Detail Report | 114U0200W | Hanging file by month | One year | |
| Inventory Adjustment In-Stock Worksheet | NA | Hanging file by week | One week | Attach to Inventory Adjustment Detail Report. |
| Inventory Adjustment Monthly Summary Report | 104U3000M | Hanging file by month | One year | |
| JOS Applications (not promoted) | NA | Hanging file in locked file cabinet | Employment period | Keep in employee's file. |
| Location Use memos | NA | Hanging file by week | One week | Attach to Weekly Count Correction Report. |
| Loss and Damage Claim Forms | NA | Hanging file | One year past closure | Documents must be shredded at the end of the retention period. |
| LPCS Incident Report | NA | Hanging file | Three years to six years | Minnesota stores must keep for six years; all other stores three years when documenting a non-productive/bad stop. Documents must be shredded at the end of the retention period. |
| LPCS Shift Report | NA | Hanging file | Three years to six years | Minnesota stores must keep for six years; all other stores three years when documenting a non-productive/bad stop. Documents must be shredded at the end of the retention period. |
| Mail Check Status Report | A07S128A | Bankers box by month | Six months | Documents must be shredded at the end of the retention period. |
| Miscellaneous receipts | NA | Manila envelope in bankers box by month | Six months | Documents must be shredded at the end of the retention period. |
| Mobile Installation Invoices (Installers' copy) | NA | Bankers box by month | Three years | Documents must be shredded at the end of the retention period. |
| Mobile Installation Invoices (store copy) | NA | Manila envelope in bankers box by month | Six months | File with miscellaneous receipts for prompt access during the six month retention period.  After the six month retention period, refer to the Installer's copy of the Mobile Installation Invoice.  Documents must be shredded at the end of the retention period. |

3

BBSLP3656

# Record Retention Policy

| Report Name | RQS ID | Long Term Storage Method | Retention Period | Comments |
|---|---|---|---|---|
| Monthly DOT Paperwork to Ship | NA | Driver's Manifest File | One month | Submit to Corporate Transportation by the 5th of the month. |
| Monthly Physical Security Checklist | NA | Hanging file | Six months | |
| MTD Cash In/Cash Out Expenditure Report | S01S140X | Bankers box by month | Six months | Documents must be shredded at the end of the specified period. |
| No Sale receipts | NA | Bankers box by month | Six months | |
| Occupational Injury Checklist | NA | Hanging file in bankers file cabinet | Employment period | Keep in Employee's personal/medical file. |
| Operator Performance Report | NA | Bankers box by month | Six months | |
| OSHA 300 Log | NA | Bankers box by month | Thirty years | Documents must be shredded at the end of the retention period. |
| Over/Short Checklist | NA | Bankers box by month | Six months | Attach to Cash and Check Worksheet. |
| P&L Operating Statement | GOJ0040N | Hanging file | Two years | Documents must be shredded at the end of the retention period. |
| Payroll Cover Sheet | NA | Bankers box by month | Three years to six years | Hawaii Stores must keep for six years: all applicable records including Survey; Attach: applicable Overtime Report, Associated Time Sheet, Budget Detail Report, copy of posted schedule, Hourly Time Sheet by Dept, Time Punch Compliance Report, Salary Time Sheet by Dept, Entry Sheets, Time & Attendance Audit Report, Signed/Time Card Edit Sheet. Documents must be shredded at the end of the retention period. |
| Post Voids | NA | Manila envelope in bankers box by month | One year | Documents must be shredded at the end of the retention period. |
| Price Variance Report – By Sales | S01S040X | Bankers box by month | One year | Documents must be shredded at the end of the retention period. |
| Purchases made at other retailers (receipts) | NA | Hanging file | Three months | Documents must be shredded at the end of the retention period. |
| Register Reboot Report | NA | Bankers box by month | Six months | |
| RQS End of Day Report | NA | Bankers box by month | Two years | Attach Appliance Terms of Installation Form if needed. Documents must be shredded at the end of the retention period. |
| Safety Investigation Report | NA | Hanging file | Employment period | Filed in Employee Injury file. |
| Service Counter Management Report | NA | 1-31 hanging file | One month | |
| Service Sales Matching Report | NA | Hanging file | Six months | |
| Service Shipment Packing List | NA | Hanging file by month | One year | Documents must be shredded at the end of the retention period. |
| Stock Count Worksheet | I09U471D | Hanging file by month | One year | |
| Store Accounting Totals Report | NA | Bankers box by month | Six months | Attach to Cash and Check Worksheet. |
| Store Assessments | NA | Hanging file | One year | |

Last Updated 12-14-2004

BBSLP3657

# Record Retention Policy

| Report Name | RDS ID | Long Term Storage Method | Retention Period | Comments |
|---|---|---|---|---|
| Store Parts Inventory Report (ISPCR) | NA | 1-31 hang file | Two CPI periods | Before filing, make a photocopy, and place the original in the file. Be sure to use Parts B: 52 the original on the In-Store PC Repair 1-31 File. |
| Store surveillance video tapes involving incidents | NA | UPCS Office | 90 days | Even if incident is not captured on tape, the tape must be kept for 90 days. |
| Store Warranty Report | NA | Hanging file | Six months | Documents must be shredded at the end of the retention period. |
| Texas Occupational Identity Plan including the following forms:<br>Form 1 - Employee Injury Incident Report<br>Form 2 - Authorization Form<br>Form 3 - Injury Treatment Report<br>Form 4 - Witness Statement Report<br>Form 5 - Location Manager Incident Investigation<br>Form 6 - Return to Work Report | NA | Hanging file in locked file cabinet | Employment period | Keep in Employee Injury file. |
| Transfer documents | NA | Hanging file by location and month | One year | Includes both incoming and outgoing transfers. |
| Truck Seal Logs | NA | Hanging file | One year | Fax monthly log to DPPM on the 5th of each month. |
| Truck Seals (used) | NA | Manila envelope | Two months | |
| UPS airbills and log | NA | Bankers box by month | Three years | Documents must be shredded at the end the retention period. |
| Weekly Negative Quantity Report | 10SU017W | Hanging file | One year | |
| Weekly Safety Checklist | NA | Hanging file | Three years to six years | Minnesota stores must keep for six years; all other stores three years. Documents must be shredded at the end the retention period. |
| Work Related Injury Report | NA | Hanging file in locked file cabinet | Employment period | Keep in Employee Injury file. |

BBSLP3658

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA          )

3                                                        ) ss.

COUNTY OF LOS ANGELES     )

4

     I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within action; my business address is 2049 Century Park East, Suite 3400,

5
Los Angeles, California  90067-3208.

6

     On February 12, 2009, I served the foregoing document described as **Stipulation and**

7
**[Proposed] Order Regarding Preservation of Documents and Electronic Media** on the interested parties in this action by placing a true and correct copy thereof enclosed in a sealed

8
envelope addressed as follows:

9

Richard W. Black

10
Morgan, Lewis & Bockius LLP

1111 Pennsylvania Avenue, N.W.

11
Washington, DC 20004

12

**[X]**    **BY MAIL:**  I caused such envelope to be deposited in the mail at Los Angeles,

13
California.  The envelope was mailed with postage thereon fully prepaid.

14
I am "readily familiar" with this firm's practice of collection and processing correspondence for mailing.  It is deposited with U.S. postal service on that same day in

15
the ordinary course of business.  I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day

16
after date of deposit for mailing in affidavit.

17
**[]**    **BY ELECTRONIC MAIL**:  I caused a true copy of the document described to be served by electronic mail to the addressee above.

18

**[]**    **BY FEDERAL EXPRESS - OVERNIGHT:**  I caused such envelope to be deposited in

19
a box or other facility regularly maintained by Federal Express in an envelope or package designated by Federal Express with delivery fees paid.

20

**[X]**    (Federal)  I declare that I am employed in the office of a member of the bar of this court at

21
whose direction service was made.

22
Executed on February 12, 2009 at Los Angeles, California.

23

24
                _____

                         Lilia Duarte

25

26

27

28

ROBINS, KAPLAN,
MILLER & CIRESI
L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

LA1 60138444.1

PROOF OF SERVICE