1    Kelly M. Dermody (SBN 171716)      James M. Finberg (SBN 114850)
      Daniel M. Hutchinson (SBN 239458)     Eve H. Cervantez (SBN 164709)
2    Barbra L. Williams (SBN 249967)      Jamie L. Crook (SBN 245757)
      LIEFF, CABRASER, HEIMANN &       ALTSHULER BERZON LLP
3    BERNSTEIN, LLP                177 Post Street, Suite 300
      Embarcadero Center West         San Francisco, CA  94108
4    275 Battery Street, 30th Floor      Telephone:  (415) 421-7151
      San Francisco, CA  94111-3339     Facsimile:  (415) 362-8064
5    Telephone:  (415) 956-1000
      Facsimile:  (415) 956-1008        Bill Lann Lee (SBN 108452)
6                                Lindsay Nako (SBN 239090)
      Todd M. Schneider (SBN 158253)      Nina Wasow (SBN 242047)
7    Guy B. Wallace (SBN 176151)       Angelica K. Jongco (SBN 244374)
      Naomi Sunshine (SBN 244094)       LEWIS, FEINBERG, LEE, RENAKER &
8    Andrew P. Lee (245903)             JACKSON, P.C.
      SCHNEIDER WALLACE          1330 Broadway, Suite 1800
9    COTTRELL BRAYTON KONECKY LLP   Oakland, CA  94612
      180 Montgomery Street, Suite 2000    Telephone:  (510) 839-6824
10   San Francisco, CA  94104         Facsimile:  (510) 839-7839
      Telephone:  (415) 421-7100
11   Facsimile:  (415) 421-7105

12   *Attorneys for Plaintiffs and the Proposed Class*

13                            UNITED STATES DISTRICT COURT

14                       NORTHERN DISTRICT OF CALIFORNIA

15

16

17   JASMEN HOLLOWAY, AMY GARCIA,    Case No. C-05-5056 PJH (MEJ)
      CHERYL CHAPPEL, ERIC
18   BLACKSHER, JESSICA TREAS,
      LAWRENCE SANTIAGO, JR.,
19   MUEMBO MUANZA, MAURICE       **[proposed] ORDER GRANTING**
      CALHOUN, and NICHOLAS DIXON, on   **PLAINTIFFS' APPLICATION FOR**
      behalf of themselves and all others      **PERMISSION TO USE VIDEO PROJECTOR**
20   similarly situated,               **AT THE APRIL 29, 2009 HEARING**

21              Plaintiffs,

22   v.                         [No hearing requested]

23   BEST BUY CO., INC. and BEST BUY
      STORES, L.P.,
24

25             Defendants.

26

27

28

1      Pursuant to Plaintiffs' Application, and GOOD CAUSE APPEARING,

2      IT IS HEREBY ORDERED THAT:

3      Counsel for Plaintiffs are permitted to bring to the courtroom the following equipment for

4  use in connection with the hearing on Best Buy's Motions to Strike Expert Reports of Dr. Richard

5  Drogin, Ph.D., and Dr. Barbara Reskin, Ph.D., and Motion for Judgment on the Pleadings

6  currently scheduled for April 29, 2009 at 9:00 a.m.:

7          1.  ELMO Projector Model No. HV-100 XG, or equivalent

8          2.  Sanyo PROxtrax Multiverse Projector Model No. PCL-XU35

9  IT IS SO ORDERED.

12  DATED: _____April 28_____, 2009

13                    TH_____ J. HAMILTON
Un_____ ge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA