1  Kelly M. Dermody (SBN 171716)
2  Daniel M. Hutchinson (SBN 239458)
   Barbra L. Williams (SBN 249967)
3  LIEFF, CABRASER, HEIMANN &
   BERNSTEIN, LLP
4  Embarcadero Center West
   275 Battery Street, 30th Floor
5  San Francisco, CA 94111-3339
   Telephone: (415) 956-1000
6  Facsimile: (415) 956-1008

7  James M. Finberg (SBN 114850)
   Eve H. Cervantez (SBN 164709)
8  Jamie L. Crook (SBN 245757)
   ALTSHULER BERZON LLP
9  177 Post Street, Suite 300
   San Francisco, CA 94108
10 Telephone: (415) 421-7151
   Facsimile: (415) 362-8064

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
Naomi Sunshine (SBN 244094)
Andrew Lee (SBN 245903)
SCHNEIDER WALLACE COTTRELL
BRAYTON KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Bill Lann Lee (SBN 108452)
Lindsay Nako (SBN 239090)
Nina Wasow (SBN 242047)
Angelica K. Jongco (SBN 244374)
LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

12 *Attorneys for Plaintiffs and the Proposed Class*

13

UNITED STATES DISTRICT COURT

14

NORTHERN DISTRICT OF CALIFORNIA

15

16 JASMEN HOLLOWAY, AMY GARCIA,
   CHERYL CHAPPEL, ERIC BLACKSHER,
17 JESSICA TREAS, LAWRENCE
   SANTIAGO, JR., MUEMBO MUANZA,
18 MAURICE CALHOUN, NICHOLAS, and
   DIXON, on behalf of themselves and all
19 others similarly situated,

20              Plaintiffs,

21      v.

22 BEST BUY CO., INC. and BEST BUY
   STORES, L.P.,

23

              Defendants.

24

Case No. C-05-5056 PJH (MEJ)

<u>CLASS ACTION</u>

**PLAINTIFFS' NOTICE OF
ADMINISTRATIVE MOTION;
ADMINISTRATIVE MOTION TO FILE
REPLY MEMORANDUM IN SUPPORT
OF CLASS CERTIFICATION AND
<u>DOCUMENTS UNDER SEAL</u>**

25

26

27

28

# NOTICE OF ADMINISTRATIVE MOTION AND ADMINISTRATIVE MOTION TO FILE MATERIALS UNDER SEAL FOR IN CAMERA REVIEW

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs move this Court pursuant to Civil Local Rules 7-11 and 79-5(d), and the Court's Standing Order for Cases Involving Sealed or Confidential Documents, for leave to file under seal certain documents produced by Defendants in this litigation and designated by Defendants as confidential pursuant to the Stipulated Protective Order in this case, certain deposition testimony designated by Defendants as confidential, portions of Plaintiffs' Reply Memorandum of Points And Authorities In Support of Motion for Class Certification that describe items designated as confidential by Defendants, and portions of Plaintiffs' demonstrative evidence that describe items designated as confidential by Defendants. These documents will be served on Defendants, but not on certain third parties whose service information appears on the efiling service list because they appeared briefly in the case in response to a subpoena, not relevant to this motion.

This motion is based on this Administrative Motion to File Under Seal, the Declaration of Barbra L. Williams in Support of Plaintiffs' Administrative Motion to File Documents Under Seal, the Stipulated Protective Order on file in this case (Docket No. 26), and any other relevant papers and pleadings on file.

Plaintiffs sent Defendants a list of the evidence that Plaintiffs intended to file in support of Plaintiffs' Reply Memorandum. Declaration of Barbra L. Williams in Support of Plaintiffs' Administrative Motion to File Documents under Seal ("Williams Dec.") ¶5 & Ex. B. Defendants de-designated a few of the documents, but maintained the confidential designation for the majority of documents. *Id.* Therefore, Plaintiffs seek to file under seal portions of Plaintiffs' Reply Memorandum of Points and Authorities in Support of Motion for Class Certification, portions of Plaintiffs' Counter-Demonstratives, Plaintiffs' Objections to Amended Declaration of Lisa Heller, and each of the following exhibits listed in Plaintiffs' Evidence in Support of Class Certification, all of which are designated as confidential by Defendants (or, in the case of

Plaintiffs' brief, counter-demonstratives and objections, discuss materials designated as confidential by Defendants).

| | | |
|---|---|---|
| Tab 161: | Counter-Demonstrative C |
| Tab 162: | Counter-Demonstrative D |
| Tab 163: | Counter-Demonstrative E |
| Tab 164: | Counter-Demonstrative F |
| Tab 181: | Ex. 9 to Philip Tetlock Ph.D Expert Report |
| Tab 196: | Excerpts from the Deposition of Michael Cassidy |
| Tab 197: | Excerpts from the Deposition of Sondra Chadwick |
| Tab 198: | Excerpts from the Deposition of Rosalind Chevreuil (I) |
| Tab 199: | Excerpts from the Deposition of Rosalind Chevreuil (II) |
| Tab 200: | Excerpts from the Deposition of Rosalind Chevreuil (III) |
| Tab 201 B: | Excerpts from the Deposition of Tina Decker |
| Tab 202: | Excerpts from the Deposition of Debra Dennin |
| Tab 203: | Excerpts from the Deposition of Hershel Herndon (II) |
| Tab 204 B: | Excerpts from the Deposition of Thomas MacPherson |
| Tab 205: | Excerpts from the Deposition of Valerie Raatz (II) |
| Tab 206: | Excerpts from the Deposition of David Sisson (I) |
| Tab 207: | Excerpts from the Deposition of Hershel Herndon (I) |
| Tab 208: | Ex. 38 |
| Tab 209: | Ex. 121 |
| Tab 210: | Ex. 809 |

## MEMORANDUM OF POINTS AND AUTHORITIES

The above-referenced items are to be filed under seal because they have been designated confidential or contain information that has been designated confidential by Defendants under the applicable Stipulated Protective Order. Civil L.R. 79-5(d); Standing Order for Cases Involving Sealed or Confidential Documents ¶2; Williams Dec. ¶¶3-5. Pursuant to

1    Local Rule 79-5(d), Defendants must file a declaration within five days establishing the

2    confidentiality of the designated materials; if such a declaration is not filed the documents should

3    be filed in the public record.

4            Plaintiffs have complied with Civil Local Rule 79-5. For those documents which

5    discuss information designated confidential by Defendants but which also contain non-

6    confidential information (Plaintiffs' brief and Counter-Demonstratives), Plaintiffs have clearly

7    marked the sealable portions with blue highlighting. *See* Civil L.R. 79-5(c)(3). Plaintiffs are

8    lodging both redacted and unredacted copies of the documents at issue under seal with the Clerk,

9    along with a second Chambers copy. If the Court denies this Administrative Motion in whole or

10   in part, Plaintiffs will file the unredacted versions of the documents in a manner consistent with

11   the Court's order.

12   DATED:  May 6, 2009                    LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP

13

14                                          By:____*/s/ Barbra L. Williams*_____
                                               Barbra L. Williams, Esq.

15                                          Kelly M. Dermody
                                            Daniel M. Hutchinson
16                                          Barbra L. Williams
                                            LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
17                                          275 Battery Street, 30th Floor
                                            San Francisco, CA  94111-3339
18                                          Telephone:  (415) 956-1000
                                            Facsimile:   (415) 956-1008
19
                                            James M. Finberg
20                                          Eve H. Cervantez
                                            Jamie L. Crook
21                                          ALTSHULER BERZON LLP
                                            177 Post Street, Suite 300
22                                          San Francisco, CA  94108
                                            Telephone:  (415) 421-7151
23                                          Facsimile:   (415) 362-8064

24

25

26

27

28

Todd M. Schneider
Guy B. Wallace
Naomi Sunshine
Andrew Lee
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000
San Francisco, CA 94104
Telephone: (415) 421-7100
Facsimile: (415) 421-7105

Bill Lann Lee
Lindsay Nako
Nina Wasow
Angelica K. Jongco
LEWIS, FEINBERG, LEE, RENAKER & JACKSON, P.C.
1330 Broadway, Suite 1800
Oakland, CA 94612
Telephone: (510) 839-6824
Facsimile: (510) 839-7839

*Attorneys for Plaintiffs*