Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
Lisa L. Heller, LLHeller@rkmc.com (#126086)
David Martinez, DMartinez@rkmc.com (#193183)
Benjamin M. Weiss, BMWeiss@rkmc.com (#223163)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Paul C. Evans, PEvans@morganlewis.com (*Admitted Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

Attorneys for Defendants, BEST BUY CO., INC. and
BEST BUY STORES, L.P.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, NICHOLAS DIXON and SUSAN MYERS-SNYDER, on behalf of themselves and all others similarly situated, <br><br> Plaintiffs, <br><br> v. <br><br> BEST BUY CO., INC., and BEST BUY STORES, L.P. <br> Defendant. | Case No.  C 05-05056 PJH (MEJ) <br><br> **[~~PROPOSED~~] ORDER ON JOINT APPLICATION FOR AN ORDER PERMITTING THE USE OF VISUAL PRESENTATION EQUIPMENT AT THE JUNE 3, 2009 HEARING ON PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** <br><br> [Application filed concurrently herewith] <br><br> Action Filed:  December 8, 2005 <br><br> No Hearing Requested |

/ / /

/ / /

60294041.1 -1- [PROPOSED] ORDER PERMITTING USE OF VISUAL PRESENTATION EQUIPMENT
C 05-05056 PJH (MEJ)

GOOD CAUSE APPEARING in the Application by Plaintiffs and Defendants,

IT IS HEREBY ORDERED THAT:

Counsel for Plaintiffs, Jasmen Holloway, *et al.*, and Defendants, Best Buy Co., Inc. and Best Buy Stores, L.P., are permitted to bring into the courtroom on June 3, 2009, and use in connection with their respective arguments at the hearing on Plaintiffs' Motion for Class Certification, the following audio-visual equipment:

1. Epson Powerlite 76C video projector, or equivalent video projector;
2. Laptop computer to be connected to the video projector;
3. Projection screen for the video projector;
4. ELMO Projector Model No. HV-100 XG, or equivalent video projector; and
5. Sanyo PROxtraX Multiverse Projector Model No. PCL-XU35, or equivalent video projector.

IT IS SO ORDERED.

DATED: June 1, 2009



HON_____ILTON
United_____

*Robins, Kaplan, Miller & Ciresi L.L.P.*
*Attorneys at Law*
*Los Angeles*

60294041.1     -2-     [PROPOSED] ORDER PERMITTING USE OF VISUAL PRESENTATION EQUIPMENT
C 05-05056 PJH (MEJ)