| | |
|---|---|
| 1 | Eve H. Cervantez (SBN 164709) |
|   | ALTSHULER BERZON LLP |
| 2 | 177 Post St., Suite 300 |
|   | San Francisco, CA 94108 |
| 3 | Telephone: 415-421-7151 |
|   | Facsimile: 415-362-8064 |
| 4 | |
|   | *Additional Attorneys for Plaintiffs* |
| 5 | *and the Proposed Class on Signature Page* |
| 6 | Roman M. Silberfeld (SBN 62783) |
|   | David Martinez (SBN 193183) |
| 7 | Benjamin M. Weiss (SBN 223163) |
|   | ROBINS, KAPLAN, MILLER & |
| 8 |   CIRESI L.L.P. |
|   | 2049 Century Park East, Suite 3700 |
| 9 | Los Angeles, CA  90067-3211 |
|   | Telephone:  (310) 552-0130 |
| 10 | Facsimile:   (310) 229-5800 |
| 11 | *Attorneys for Defendants Best Buy Co.,* |
|   | *Inc. and Best Buy Stores, L.P.* |
| 12 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | | |
|---|---|---|
| 17 | JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON,  on behalf of themselves and all others similarly situated, | Case No.  C-05-5056 PJH (MEJ) |
|   | | <u>CLASS ACTION</u> |
|   | Plaintiffs, | |
|   | | **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND BY TWO WEEKS THE DEADLINE TO REPORT TO COURT RE: SPECIAL MASTER** |
|   | v. | |
|   | BEST BUY CO., INC., and BEST BUY STORES, L.P. | |
|   | Defendants. | |

---

STIPULATION AND [PROPOSED] ORDER EXTENDING CERTAIN DATES – Case No. C-05-5056 PJH (MEJ)

1   The parties seek by this stipulation and proposed order to extend the existing July 2,
2   2009 deadline to report back to the Court with respect to appointment of a special master by two
3   weeks, as set forth below.

4   WHEREAS, at the hearing on Plaintiffs' motion for class certification held on June 3,
5   2009, the Court ordered the parties to meet and confer regarding appointment of a special master and
6   to report back to the Court within 30 days as to what each side's view is on the issue;

7   WHEREAS, the parties have met and conferred extensively on the issue, but have been
8   unable to reach agreement as yet;

9   WHEREAS, the parties need more time to determine if they can agree on appointment
10  of a special master or other alternatives which may address the Court's concerns;

11  WHEREAS, the parties desire an additional two weeks to continue to meet and confer
12  with respect to certain options to suggest to the Court;

13  THEREFORE, the parties hereby stipulate and agree, and request that the Court order,
14  that:

15  The parties be granted a two week extension of time, to and including July 16, 2009, in
16  which to complete the meet and confer process with respect to appointment of a special master or other
17  alternatives which may address the Court's concerns, and to present their respective views to the
18  Court.

19  The parties hereby stipulate, and request that the Court so order.

20  DATED: July 2, 2009                **ALTSHULER BERZON LLP**

21                                      By:   /s/ Eve H. Cervantez
22                                              Eve H. Cervantez

23                                      Eve H. Cervantez (SBN 164709)
                                        ALTSHULER BERZON LLP
24                                      177 Post St., Suite 300
                                        San Francisco, CA 94108
25                                      Telephone: 415-421-7151
                                        Facsimile: 415-362-8064

26                                      Todd M. Schneider (SBN 158253)
                                        Guy B. Wallace (SBN 176151)
27                                      Naomi Sunshine (SBN 244094)

28

|  |  |
|---|---|
| 1 | SCHNEIDER & WALLACE |
|  | 180 Montgomery Street, Suite 2000 |
| 2 | San Francisco, CA  94104 |
|  | Telephone:  (415) 421-7100 |
| 3 | Facsimile:  (415) 421-7105 |

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

Bill Lann Lee (SBN 108452)
Lindsay Nako (SBN 239090)
Angelica Jongco (SBN 244374)
LEWIS, FEINBERG, LEE, RENAKER
    & JACKSON, P.C.
1330 Broadway
Suite 1800
Oakland, CA 94612
Telephone: 510-839-6824
Facsimile:  510-839-7839

Attorneys for Plaintiffs

DATED:  July 2, 2009          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /s/ Roman M. Silberfeld
         Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
Benjamin M. Weiss, Bar No. 223163
ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendants BEST BUY CO., INC.
and BEST BUY STORES, L.P.

1  **[PROPOSED] ORDER**

2         Pursuant to Stipulation, it is so ORDERED,

3

4
   DATED:   7/6/09
5                                          

**ATTESTATION**

I hereby certify that for all conformed signatures indicated by a /s/ I have permission to file on behalf of the signatory.

DATED: July 2, 2009                    By:     /s/ Eve H. Cervantez

                                              Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:     (415) 421-7151
Facsimile:      (415) 362-8064