Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

*Additional Attorneys for Plaintiffs*
*and the Proposed Class on Signature Page*

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

*Attorneys for Defendants Best Buy Co.,*
*Inc. and Best Buy Stores, L.P.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>Defendants. | Case No.  C-05-5056 PJH (MEJ)<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING TIME FOR SUPPLEMENTAL BRIEFING REGARDING PLAINTIFFS' MOTION FOR CLASS CERTIFICATION** |

1     WHEREAS, on March 9, 2010, the Court ordered the parties to file supplemental briefing with respect to three issues relevant to Plaintiffs' pending Motion for Class Certification;

    WHEREAS, the Court set the following briefing schedule:

        Plaintiffs' Supplemental Opening Brief—April 9, 2010

        Defendants' Supplemental Opposition—May 7, 2010

        Plaintiffs' Supplemental Reply—May 21, 2010;

    WHEREAS, the Court Order provides "that this additional briefing could not have been anticipated by the parties, and should either party need more time, a stipulation enlarging the time may be filed;"

    WHEREAS, counsel for the parties need additional time to complete the briefing in light of pre-existing work commitments and vacation schedules;

    WHEREAS, the parties have met and conferred, and agreed upon a schedule;

    THEREFORE, it is hereby stipulated and agreed between the parties, by and through their counsel of record, that the following schedule shall apply to the supplemental briefing ordered by the Court:

        Plaintiffs' Supplemental Opening Brief—May 7, 2010

        Defendants' Supplemental Opposition—July 9, 2010

        Plaintiffs' Supplemental Reply—July 23, 2010.

DATED: March 31, 2010

ALTSHULER BERZON LLP

By: /s/ Eve H. Cervantez

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE
180 Montgomery Street, Suite 2000

|   |   |
|---|---|
| 1 | San Francisco, CA 94104 |
| 2 | Telephone: (415) 421-7100<br>Facsimile: (415) 421-7105 |
| 3 | Kelly M. Dermody (SBN 171716) |
| 4 | Daniel M. Hutchinson (SBN 239458)<br>Barbra L. Williams (SBN 249967) |
|   | LIEFF, CABRASER, HEIMANN & |
| 5 | BERNSTEIN, LLP<br>Embarcadero Center West |
| 6 | 275 Battery Street, 30th Floor |
|   | San Francisco, CA 94111-3339 |
| 7 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 |
| 8 |   |
|   | Bill Lann Lee (SBN 108452) |
| 9 | Lindsay Nako (SBN 239090)<br>Angelica Jongco (SBN 244374) |
| 10 | LEWIS, FEINBERG, LEE, RENAKER |
|   | & JACKSON, P.C. |
| 11 | 1330 Broadway<br>Suite 1800 |
| 12 | Oakland, CA 94612 |
|   | Telephone: 510-839-6824 |
| 13 | Facsimile: 510-839-7839 |
| 14 | Attorneys for Plaintiffs |

DATED: March 31, 2010   ROBINS, KAPLAN, MILLER & CIRESI L.L.P.

By: _____
Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
ROBINS, KAPLAN, MILLER &
 CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA 90067-3211
Telephone: (310) 552-0130
Facsimile: (310) 229-5800

Attorneys for Defendants BEST BUY CO., INC.
and BEST BUY STORES, L.P.

1                                **[PROPOSED] ORDER**

2              Pursuant to Stipulation, it is so ORDERED,

4     DATED: __4/7/10_____

