UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.,<br><br>Defendants. | Case No. C 05-05056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER RE CLASS CERTIFICATION BRIEFING** |

WHEREAS, on May 6, 2010, following the issuance of the Ninth Circuit's en banc decision in *Dukes v. Wal-Mart*, --F.3d--, 2010 WL 1644259, the Court issued an Order providing that the parties should submit additional briefing in light of *Dukes*, given that "some of the arguments both for and against certification are likely to change in view of that opinion." In particular, the Court stated that "the parties are hereby ordered to re-brief the class certification motion and opposition, removing those arguments and authority that are no longer applicable and addressing the court's concerns as set forth in the March 9, 2010 order";

WHEREAS, the Court also ordered that the "parties shall meet and confer about a briefing schedule and submit a stipulation";

WHEREAS, the Court also ordered that "Plaintiffs shall advise the court in the stipulation whether they choose to withdraw their previously filed motion for class certification or whether

they prefer the court administratively terminate that motion";

THEREFORE, pursuant to the Court's May 6, 2010 Order, the parties stipulate to the following:

1. <u>Briefing Schedule</u>

   a. Plaintiffs' motion for class certification shall be filed by July 21, 2010.

   b. Defendants' opposition brief shall be filed by October 6, 2010.

   c. Plaintiffs' reply brief shall be filed by November 10, 2010.

2. Plaintiffs hereby advise the Court that they withdraw their previously filed motion for class certification..

Dated: May 17, 2010              **ALTSHULER BERZON LLP**

                                 By:   /S/ Eve H. Cervantez
                                       James M. Finberg (SBN 114850)
                                       Eve H. Cervantez (SBN 164709)
                                       ALTSHULER BERZON LLP
                                       177 Post Street, Suite 300
                                       San Francisco, CA  94108
                                       Telephone:  (415) 421-7151
                                       Facsimile:  (415) 362-8064

                                       Bill Lann Lee (SBN 108452)
                                       Lindsay Nako (SBN 239090)
                                       LEWIS, FEINBERG, LEE, RENAKER & JACKSON
                                       1330 Broadway, Suite 1800
                                       Oakland, CA  94612
                                       Telephone:  (510) 839-6824
                                       Facsimile:  (510) 839-7839

                                       Todd M. Schneider (SBN 158253)
                                       Guy B. Wallace (SBN 176151)
                                       Clint J. Brayton (SBN 192214)
                                       SCHNEIDER & WALLACE
                                       180 Montgomery Street, Suite 2000
                                       San Francisco, CA  94104
                                       Telephone:  (415) 421.7100
                                       Facsimile:  (415) 421-7105

                                       Kelly M. Dermody (SBN 171716)

```
Daniel M. Hutchinson (SBN 239458)
Barbra L. Williams (SBN 249967)
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 29th Floor
San Francisco, CA  94111-3339
Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008
```

*Attorneys for Plaintiffs*

Dated: May 17, 2010                **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /S/ Roman M. Silberfeld
         Roman M. Silberfeld

```
Roman M. Silberfeld, Bar No. 62783
Lisa L. Heller, Bar No. 126086
David Martinez, Bar No. 193183
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
2049 Century Park East, Suite 3700
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner (SBN 214508)
Paul C. Evans (pro hac vice)
MORGAN, LEWIS & BOCKIUS LLP
300 South Grand Avenue, 22nd Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501
```

*Attorneys for Defendants*
*Best Buy Co., Inc. and Best Buy Stores, L.P.*

**[PROPOSED] ORDER**

Pursuant to stipulation, it is SO ORDERED.

Dated: 5/28/10                                   _____
                                                 Phyllis J. Hamilton
                                                 United States District Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*

                                            STIPULATION AND [PROPOSED] ORDER
                        3                   RE CLASS CERTIFICATION BRIEFING
                                            CASE NO. C 05-05056 PJH (MEJ)