UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JASMEN HOLLOWAY, et al.,

    Plaintiffs,

    v.

BEST BUY CO., INC., et al.,

    Defendants.

_____/

No. C 05-5056 PJH

**ORDER SHORTENING TIME RE DEFENDANTS' MOTION TO STRIKE**

The court is in receipt of defendants' motion to strike plaintiffs' motion for class certification, filed August 5. Having reviewed defendants' motion and the arguments raised therein, the court hereby SHORTENS TIME in connection with briefing on the motion, as follows:

Plaintiff's opposition to defendants' motion to strike shall be due no later than August 13, 2010. Defendants' reply brief in response thereto shall be due no later than August 18, 2010.

Once briefing is complete on the matter, the court will take the motion under submission, and the matter will be decided on the papers.

**IT IS SO ORDERED.**

Dated: August 6, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge