1  Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
   Lisa L. Heller, LLHeller@rkmc.com (#126086)
2  David Martinez, DMartinez@rkmc.com (#193183)
   **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
3  2049 Century Park East, Suite 3400
   Los Angeles, CA  90067-3208
4  Telephone:   (310) 552-0130
   Facsimile:    (310) 229-5800

5

6  George A. Stohner, GStohner@morganlewis.com (#214508)
   Paul Evans, PEvans@morganlewis.com (*pro hac vice*)
7  **MORGAN, LEWIS & BOCKIUS LLP**
   300 Grand South Avenue, Suite 2200
8  Los Angeles, CA  90069
   Telephone:   (213) 612-1015
9  Facsimile:    (213) 612-2501

10 Attorneys for Defendant,
   BEST BUY STORES, L.P.
11 (erroneously sued as BEST BUY CO., INC.)

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>    v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.,<br><br>         Defendants. | Case No.  C 05-05056 PJH (MEJ)<br><br>[Hon. Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING CLASS CERTIFICATION BRIEFING**<br><br>Action filed:  December 8, 2005 |

WHEREAS, on August 27, 2010 the Court ordered that the "parties shall meet and confer and enter a further stipulation as to the briefing" of the Opposition and Reply briefs related to Plaintiffs' Motion for Class Certification;

WHEREAS, the parties have met and conferred and have reached an agreement as Ordered by the Court;

THEREFORE, pursuant to the Court's August 27, 2010 Order, the parties stipulate to the following schedule for briefing Plaintiffs' Motion for Class Certification, subject to approval by this Court:

1. Best Buy's Opposition brief shall be filed by October 27, 2010.
2. Plaintiffs' Reply brief shall be filed by December 8, 2010.

DATED: August 31, 2010          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:   /s/ Roman M. Silberfeld
         Roman Silberfeld
         David Martinez

Attorneys for Defendant,
BEST BUY STORES, L.P.
(erroneously sued as BEST BUY CO., INC.)

DATED: August 31, 2010          **ALTSHULER, BERZON LLP**

By:   /s/ Eve H. Cervantez
         Eve H. Cervantez

James M. Finberg, Esq.
Eve H. Cervantez, Esq.
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064

Attorneys for Plaintiffs

## [~~PROPOSED~~] ORDER

Pursuant to Stipulation, the Court hereby Orders the following briefing schedule on Plaintiffs' Motion for Class Certification:

1. Best Buy's Opposition brief shall be filed by October 27, 2010.
2. Plaintiffs' Reply brief shall be filed by December 8, 2010.

DATED:  9/3/10 _____      _____



IT IS SO ORDERED
Judge Phyllis J. Hamilton