Roman M. Silberfeld, RMSilberfeld@rkmc.com (#62783)
Lisa L. Heller, LLHeller@rkmc.com (#126086)
David Martinez, DMartinez@rkmc.com (#193183)
**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3208
Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

George A. Stohner, GStohner@morganlewis.com (#214508)
Paul C. Evans, PEvans@morganlewis.com (*Pro Hac Vice*)
Blair J. Robinson, Blair.Robinson@morganlewis.com (*Pro Hac Vice*)
**MORGAN, LEWIS & BOCKIUS LLP**
300 South Grand Avenue, Twenty-Second Floor
Los Angeles, CA  90071-3132
Telephone:  (213) 612-2500
Facsimile:  (213) 612-2501

Attorneys for Defendants,
BEST BUY CO., INC. and BEST BUY STORES, L.P.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.,<br><br>                    Defendants. | Case No. C 05-05056 PJH (MEJ)<br><br>[Honorable Phyllis J. Hamilton]<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING PORTIONS OF DOCKET ITEM NO. 324**<br><br>Action Filed:  December 8, 2005<br><br>[Proposed Order filed concurrently herewith] |

/ / /

/ / /

/ / /

60400738.1

STIPULATION AND [PROPOSED] ORDER

1  WHEREAS, on October 27, 2010, counsel for Defendants Best Buy Co., Inc. and Best Buy Stores, L.P. ("Best Buy") e-filed Docket Item No. 324;

3  WHEREAS Docket Item No. 324 contains seven exhibits that are attachments to the Declaration of David Martinez in Support of Best Buy's Opposition to Motion for Class Certification ("Martinez Declaration");

6  WHEREAS portions of Docket Item No. 324 were filed in error.  In particular, the originally-filed versions of exhibits Doc(108) and Doc(108a) – comprising attachments 3 to 7 of Docket Item No. 324 – contained errors and unredacted personal information;

9  WHEREAS the ECF Help Desk placed a temporary lock on exhibits Doc(108) and Doc(108a) shortly after they were filed; and

11  WHEREAS Best Buy's counsel has since filed corrected redacted versions of Doc(108) and Doc(108a), which can be found in the record at Docket Item No. 328,

13  IT IS HEREBY STIPULATED THAT:

14  1.  Attachments 3 to 7 of Docket Item No. 324 be removed from the record.

DATED: October 28, 2010            **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

By:    /S/  Vincent S. Loh
           Vincent S. Loh

Attorneys for Defendants,
BEST BUY CO, INC. and BEST BUY STORES, L.P.

DATED: October 28, 2010            **ALTSHULER, BERZON LLP**

By:    /S/ Eve H. Cervantez
           Eve H. Cervantez

ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA  94108
Telephone:  (415) 421-7151
Facsimile:  (415) 362-8064
Attorneys for Plaintiffs

ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
ATTORNEYS AT LAW
LOS ANGELES

# [~~PROPOSED~~] ORDER

Pursuant to Stipulation, and good cause appearing, the Court hereby Orders the following regarding Docket Item No. 324:

1. Attachments 3 to 7 of Docket Item No. 324 be removed from the record.

DATED: 11/1/10                                         _____

PHYLLIS J. HAMILTON
United States District Court Judge