1  Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
2  177 Post St., Suite 300
San Francisco, CA 94108
3  Telephone: 415-421-7151
Facsimile: 415-362-8064
4
*Additional Attorneys for Plaintiffs*
5  *and the Proposed Class on Signature Page*

6  Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
7  ROBINS, KAPLAN, MILLER &
   CIRESI L.L.P.
8  2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3211
9  Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800
10
*Attorneys for Defendants Best Buy Co.,*
11 *Inc. and Best Buy Stores, L.P.*

12

13                   UNITED STATES DISTRICT COURT

14                  NORTHERN DISTRICT OF CALIFORNIA

15                SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| 16 JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, 17 JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE 18 CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated, | Case No.  C-05-5056 PJH (MEJ) |
| 19  Plaintiffs, | CLASS ACTION |
| 20  v. | **STIPULATION AND [~~PROPOSED~~] ORDER EXTENDING THE TIME FOR PLAINTIFFS TO FILE THEIR REPLY BRIEF IN SUPPORT OF CLASS CERTIFICATION** |
| 21 22 BEST BUY CO., INC., and BEST BUY STORES, L.P. | (ACTION REQUESTED PRIOR TO DECEMBER 8, 2010) |
| 23  Defendants. | |

24

25

26

27

28

1        The parties seek by this stipulation and proposed order to grant Plaintiffs an up to one

2  week extension of time in which to file Plaintiffs' Reply Brief in support of Class Certification, so that

3  Plaintiffs will have sufficient time to present to the Court for ruling their request to stay this case

4  pending a decision by the United States Supreme Court in *Dukes v. Wal-Mart*, 603 F.3d 571 (9th Cir.

5  2010) (en banc), Supreme Court No. 10-277.  The parties respectfully request that the Court act on

6  their request prior to Wednesday, December 8, when Plaintiffs' Reply Brief in support of Class

7  Certification is due.

8        WHEREAS, pursuant to stipulation of the parties (as extended by Court order following

9  Best Buy's motion to strike Plaintiffs' Motion for Class Certification), the following briefing schedule

10  was agreed to by the parties and entered by the Court (Dkt. Nos. 264, 318):

11            July 21, 2010—Plaintiffs' Motion for Class Certification

12            October 27, 2010—Best Buy's Opposition to Class Certification

13            December 8, 2010—Plaintiffs' Reply Brief

14        WHEREAS, on December 6, 2010, the United States Supreme Court granted Wal-

15  Mart's petition for certiorari in *Dukes v. Wal-Mart*.

16        WHEREAS, Plaintiffs will file an administrative motion later today requesting that all

17  proceedings in this case (including the filing of Plaintiffs' reply brief in support of class certification)

18  be stayed pending the Supreme Court's decision in *Dukes v. Wal-Mart*;

19        WHEREAS, Best Buy intends to oppose Plaintiffs' administrative motion for stay as

20  submitted and will request that this Court require Plaintiffs to file a reply brief to complete the current

21  briefing;

22        WHEREAS, Plaintiffs' Reply Brief in support of Class Certification is currently due

23  this Wednesday, December 8, 2010;

24        WHEREAS, Best Buy has agreed that Plaintiffs may have a one-week extension of

25  time, to and including December 15, 2010, to file their Reply Brief in Support of Class Certification so

26  that the Court has sufficient time to rule upon Plaintiffs' stay motion prior to the deadline for the filing

27  of Plaintiffs' Reply Brief in support of Class Certification;

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE– Case No. C-05-5056 PJH (MEJ)

1          THEREFORE, the parties hereby stipulate and agree, and request that the Court order,

2   that:

3               (1)     The deadline for Plaintiffs their Reply Brief in Support of Class Certification

4                       shall be extended for one week, to December 15, 2010.

5               The parties hereby stipulate, and request that the Court so order.

6

7   DATED: December 6, 2010                    **ALTSHULER BERZON LLP**

8                                              By:    /s/ Eve H. Cervantez
                                                       Eve H. Cervantez

9                                              Eve H. Cervantez (SBN 164709)
                                               ALTSHULER BERZON LLP
10                                             177 Post St., Suite 300
                                               San Francisco, CA 94108
11                                             Telephone: 415-421-7151
                                               Facsimile: 415-362-8064
12
                                               Todd M. Schneider (SBN 158253)
13                                             Guy B. Wallace (SBN 176151)
                                               SCHNEIDER & WALLACE
14                                             180 Montgomery Street, Suite 2000
                                               San Francisco, CA  94104
15                                             Telephone:  (415) 421-7100
                                               Facsimile:  (415) 421-7105
16
                                               Kelly M. Dermody (SBN 171716)
17                                             Daniel M. Hutchinson (SBN 239458)
                                               LIEFF, CABRASER, HEIMANN &
18                                             BERNSTEIN, LLP
                                               Embarcadero Center West
19                                             275 Battery Street, 29th Floor
                                               San Francisco, CA  94111-3339
20                                             Telephone:  (415) 956-1000
                                               Facsimile:  (415) 956-1008
21
                                               Bill Lann Lee (SBN 108452)
22                                             Lindsay Nako (SBN 239090)
                                               Angelica Jongco (SBN 244374)
23                                             LEWIS, FEINBERG, LEE, RENAKER
                                                       & JACKSON, P.C.
24                                             476 9th Street
                                               Oakland, CA 94607
25                                             Telephone: 510-839-6824
                                               Facsimile:  510-839-7839
26
                                               Attorneys for Plaintiffs
27

28

DATED:  December 6, 2010                          **ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**


By:    /s/ Roman M. Silberfeld
                Roman M. Silberfeld

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

Attorneys for Defendants BEST BUY CO., INC.
and BEST BUY STORES, L.P.


**[PROPOSED] ORDER**

Pursuant to Stipulation, it is so ORDERED,


DATED:    12/7/10

PHYLLIS J. HAMILTON

IT IS SO ORDERED

Judge Phyllis J. Hamilton

---

3

1

**<u>ATTESTATION</u>**

2

I hereby certify that for all conformed signatures indicated by a /s/ I have permission to file on

3

behalf of the signatory.

4

5

6

DATED: December 6, 2010                    By:   <u>  /s/ Eve H. Cervantez        </u>

7

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone:     (415) 421-7151
Facsimile:      (415) 362-8064

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE– Case No. C-05-5056 PJH (MEJ)