Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP
177 Post St., Suite 300
San Francisco, CA 94108
Telephone: 415-421-7151
Facsimile: 415-362-8064

*Additional Attorneys for Plaintiffs*
*and the Proposed Class on Signature Page*

Roman M. Silberfeld (SBN 62783)
David Martinez (SBN 193183)
ROBINS, KAPLAN, MILLER &
  CIRESI L.L.P.
2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3211
Telephone:  (310) 552-0130
Facsimile:   (310) 229-5800

*Attorneys for Defendants Best Buy Co.,*
*Inc. and Best Buy Stores, L.P.*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO/OAKLAND DIVISION

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON,  on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br><br>       v.<br><br>BEST BUY CO., INC., and BEST BUY STORES, L.P.<br><br>                 Defendants. | Case No.  C-05-5056 PJH (MEJ)<br><br>CLASS ACTION<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO FILE DOCUMENTS PREVIOUSLY LODGED UNDER SEAL IN THE PUBLIC RECORD** |

1    The parties seek by this stipulation and proposed order to obtain Court permission to

2    file in the public record certain documents that had previously been provisionally lodged under seal in

3    connection with Best Buy's motions to strike Plaintiffs' expert reports and Plaintiffs' oppositions

4    thereto.

5    WHEREAS, in connection with Best Buy's Motion to Strike the Expert Reports of

6    Barbara Reskin, Ph.D. and Best Buy's Motion to Strike the Expert Reports of Richard Drogin, Ph.D.

7    (Dkt Nos. 213-2, 213-3), Best Buy lodged the following documents with the Court attached to the

8    Declaration of Roman M. Silberfeld (Dkt. No. 170), and requested that they be filed under seal:

9    Exhibit B -    Expert report of Barbara Reskin, Ph.D., dated March 3, 2008

10   Exhibit C -    Expert report of Barbara Reskin, Ph.D., dated October 14, 2008

11   Exhibit D -    Expert report Richard Drogin, Ph.D., dated June 17, 2008

12   Exhibit F -    Excerpts from the certified transcript of the July 10, 2008 rebuttal

13                  deposition of Richard Drogin, Ph.D

14   Exhibit G -    Exhibit 6 from the July 10, 2008 rebuttal deposition of Richard Drogin,

15                  Ph.D

16   Exhibit H -    Expert report submitted by Phillip E. Tetlock, Ph.D., dated June 2, 2008

17   Exhibit I -    Expert rebuttal report submitted by Phillip E. Tetlock, Ph.D., dated

18                  January 9, 2009

19   Exhibit L -    Expert report submitted by Christopher Winship, Ph.D., dated June 2,

20                  2008

21   Exhibit N -    Expert report submitted by Michael P. Ward, Ph.D., dated May 9, 2008

22   Exhibit O -    Expert rebuttal report submitted by Michael P. Ward, Ph.D., dated July

23                  24, 2008

24   Exhibit P -    Expert report submitted by Finis Welch, Ph.D., dated May 9, 2008

25   Exhibit Q -    Expert rebuttal report submitted by Finis Welch, Ph. D., dated July 24,

26                  2008

27   Exhibit R -    Excerpts from the certified transcript of the May 28, 2008 deposition of

28

1                  Kristina Parker

2         Exhibit S -     Excerpts from the certified transcript of the May 27, 2008 deposition of

3                  Michael Raines

4         Exhibit T -     Exhibit 717 from the May 27, 2008 deposition of Michael Raines

5        WHEREAS, in connection with Plaintiffs' Opposition to Defendants' Motion to Strike The

6 Expert Report of Dr. Richard Drogin, Plaintiffs provisionally lodged their opposition brief under seal

7 on April 8, 2009**;**

8             WHEREAS, in connection with Plaintiffs' Opposition to Defendants' Motion to Strike

9 The Expert Report of Dr. Richard Drogin, Plaintiffs provisionally lodged the following documents

10 under seal with the Court, attached to the Declaration of Jamie L. Crook in Support of Plaintiffs'

11 Oppositions to Defendants' Motions to Strike the Expert Reports of Dr. Richard Drogin and Dr.

12 Barbara Reskin (Dkt. No. 180):

13         Tab 2 -       Appendices 2, 3, 4, and 10 to Dr. Drogin's report

14         Tab 4-B -    Exhibit 3 introduced at the September 24, 2008 deposition of Dr. Finis

15                  Welch

16         Tab 4-C -    Exhibit 4 introduced at the September 24, 2008 deposition of Dr. Finis

17                  Welch

18         Tab 8 -       Excerpts from the August 24, 2007 deposition of Rosalind Chevreuil

19         Tab 9 -       Excerpts from the July 24, 2007 deposition of Kristina Parker and

20                  Exhibit 309 introduced at that deposition

21         Tab 10 -     Excerpts from the May 28, 2008 deposition of Kristina Parker

22         Tab 11 -     Excerpts from the May 27, 2008 deposition of Michael Raines and

23                  Exhibit 714 introduced at that deposition

24         Tab 21 -     Excerpts from the August 31, 2007, deposition of Sondra Chadwick and

25                  Exhibit 544 introduced at that deposition

26         Tab 24 -     Excerpts from the January 17, 2008, deposition of Larry Amundson and

27                  Exhibit 624 introduced at that deposition

28

Tab 25 -   Exhibit 47 that was introduced at the March 27, 2007, deposition of Rosalind Chevreuil

Tab 27 -   Best Buy job descriptions bearing bates-stamps HBB07887124-127, HBB07887132-136, HBB07887141-143, and HBB07887172-175

WHEREAS, in connection with Best Buy's Reply Memorandum in Support of Motions to Strike, Best Buy lodged the following document provisionally under seal with the Court attached to the Declaration of Roman M. Silberfeld in Support of Reply Memorandum (Dkt. No. 198):

Exhibit R -   Compensation Manual, Depo Ex. 533

WHEREAS, on March 9, 2010, the Court denied without prejudice Best Buy's request that these documents be filed under seal;

WHEREAS, Best Buy does not intend to again move to file these documents under seal;

WHEREAS, some, but not all, of these documents have already been filed in the public record in connection with Plaintiffs' Motion for Class Certification or Best Buys' Opposition thereto, but with different exhibit and docket numbers;

THEREFORE, the parties hereby stipulate and agree, and request that the Court order, that:

(1)   The parties may file in the public record all documents that had previously been provisionally lodged with the Court under seal in connection with Best Buy's Motion to Strike Plaintiffs' Expert Reports  and Plaintiffs' Opposition thereto and Best Buy's Replies, including all of the above-listed documents; and

(2)   The parties may supply to the Court courtesy copies of the documents so filed, bearing the proper electronic filing docket number.

The parties hereby stipulate, and request that the Court so order.

DATED: December 8, 2010                    **ALTSHULER BERZON LLP**

By:   ___/s/ Eve H. Cervantez_____

1

Eve H. Cervantez

2

Eve H. Cervantez (SBN 164709)
ALTSHULER BERZON LLP

3

177 Post St., Suite 300
San Francisco, CA 94108

4

Telephone: 415-421-7151
Facsimile: 415-362-8064

5

6

Todd M. Schneider (SBN 158253)
Guy B. Wallace (SBN 176151)
SCHNEIDER & WALLACE

7

180 Montgomery Street, Suite 2000
San Francisco, CA  94104

8

Telephone:  (415) 421-7100
Facsimile:  (415) 421-7105

9

10

Kelly M. Dermody (SBN 171716)
Daniel M. Hutchinson (SBN 239458)
LIEFF, CABRASER, HEIMANN &

11

BERNSTEIN, LLP
Embarcadero Center West

12

275 Battery Street, 29th Floor
San Francisco, CA  94111-3339

13

Telephone:  (415) 956-1000
Facsimile:  (415) 956-1008

14

15

Bill Lann Lee (SBN 108452)
Lindsay Nako (SBN 239090)
Angelica Jongco (SBN 244374)

16

LEWIS, FEINBERG, LEE, RENAKER
& JACKSON, P.C.

17

476 9th Street
Oakland, California 94607

18

Telephone: 510-839-6824
Facsimile:  510-839-7839

19

Attorneys for Plaintiffs

20

21

DATED:  December 8, 2010

**ROBINS, KAPLAN, MILLER & CIRESI L.L.P.**

22

By:   ___/s/ Roman M. Silberfeld_____

23

Roman M. Silberfeld

24

Roman M. Silberfeld, Bar No. 62783
David Martinez, Bar No. 193183

25

ROBINS, KAPLAN, MILLER &
CIRESI L.L.P.

26

2049 Century Park East, Suite 3400
Los Angeles, CA  90067-3211

27

Telephone:  (310) 552-0130
Facsimile:  (310) 229-5800

28

STIPULATION AND [PROPOSED] ORDER RE: FILING DOCUMENTS – Case No. C-05-5056 PJH (MEJ)

Attorneys for Defendants BEST BUY CO., INC.
and BEST BUY STORES, L.P.

### [~~PROPOSED~~] ORDER

Pursuant to Stipulation, it is so ORDERED,

DATED:   12/13/10 _____          _____

PHYLLIS J. HAMILTON
United States

5
STIPULATION AND [PROPOSED] ORDER RE: FILING DOCUMENTS – Case No. C-05-5056 PJH (MEJ)

1

## __ATTESTATION__

2          I hereby certify that for all conformed signatures indicated by a /s/ I have permission to file on

3     behalf of the signatory.

4

5

6     DATED: December 8, 2010                    By:    /s/ Eve H. Cervantez

7
                                                 Eve H. Cervantez (SBN 164709)
8                                                ALTSHULER BERZON LLP
                                                 177 Post Street, Suite 300
9                                                San Francisco, CA 94108
                                                 Telephone:    (415) 421-7151
10                                               Facsimile:     (415) 362-8064

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER RE: FILING DOCUMENTS – Case No. C-05-5056 PJH (MEJ)