UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASMEN HOLLOWAY, AMY GARCIA, CHERYL CHAPPEL, ERIC BLACKSHER, JESSICA TREAS, LAWRENCE SANTIAGO, JR., MUEMBO MUANZA, MAURICE CALHOUN, and NICHOLAS DIXON, on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>BEST BUY CO., INC. and BEST BUY STORES, L.P.,<br><br>    Defendants. | Case No. C-05-5056 PJH (MEJ)<br><br>CLASS ACTION<br><br>**[PROPOSED] FINAL JUDGMENT**<br><br>Date: November 9, 2011<br>Time: 9:00 a.m.<br>Judge: Hon. Phyllis J. Hamilton |

1    WHEREAS on August 4, 2011, this Court granted preliminary approval to the settlement of
2 this action, embodied in the Consent Decree attached as Exhibit 1 to the Court's August 4 Order
3 ("Preliminary Approval Order").
4    WHEREAS the Court granted final approval to the Consent Decree on __11/9/11__, finding
5 that the Consent Decree and settlement embodied in it are fair, reasonable, and adequate within the
6 meaning of Federal Rule of Civil Procedure 23(e) and applicable law; and
7    WHEREAS the Court has found that the notice sent to class members fairly and adequately
8 informed them of the terms of the settlement, was consistent with Federal Rule of Civil Procedure 23
9 and due process, and was given in the manner prescribed by the Consent Decree and the Court's order
10 preliminarily approving the settlement;
11   This Court hereby enters final judgment in this case, and dismisses it with prejudice, in
12 accordance with the terms of the Consent Decree, attached as Exhibit 1 to the August 4 Order granting
13 preliminary approval, and the Order (1) Confirming Final Certification of Class and (2) Granting Final
14 Approval to Class Action Settlement ("Final Approval Order").
15   Without affecting the finality of this Final Judgment in any way, the Court reserves exclusive
16 and continuing jurisdiction over this action, the named plaintiffs, the certified class, and the defendants
17 for purposes of (a) supervising the implementation, enforcement, construction and interpretation of the
18 Consent Decree, the Preliminary Approval Order, the Final Approval Order, and this Final Judgment;
19 and (b) hearing, determining, and implementing the application, in accordance
20 with the terms of the Consent Decree, by Class Counsel for an award of attorneys' fees, costs, and
21 expenses, and by the Named Plaintiffs for service payments.

23   IT IS SO ORDERED.

25   Dated: __November 9, 2011___             _____
                                              Hon. Phyllis J. Hamilton
26                                            United States District Judge

1
[PROPOSED] FINAL JUDGMENT
CASE NO. C-05-5056 PJH (MEJ)